# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company,<br><br>        Appellants,<br><br>v.<br><br>BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>        Appellee. | Case No. 24-8048 |

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of MineOne Wyoming Data Center, LLC, the Appellant/Defendant, certifies[1] as follows:

Defendant MineOne Wyoming Data Center LLC is a limited liability company with the following members:[2]

-Yu & Jing Investment LLC, a limited liability company that has Yu Jing, an individual residing in Texas, as its sole member.

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

[2] Currently pending before the U.S. District Court is a Motion to Dismiss based on lack of subject matter jurisdiction because diversity of citizenship is at issue between one of MineOne's members and one of BCB's members.

-Rising Sun Properties LLC, a limited liability company that has Dongsheng Tian, an individual residing in Texas, as its sole member.

-Oriental Sun Enterprises LLC, a limited liability company that has Jason Sun, an individual residing in Texas, as its sole member.

-MineOne Data Center LLC, a limited liability company with the following members:

> -MineOne Cloud Computing Investment I L.P., a British Virgin Island limited partnership, comprised of the following partners:
>
>> -Bit Origin Ltd., a publicly traded corporation incorporated in the Cayman Islands with its principal place of business in New York.
>>
>> -Vantage International Group Limited, a Cayman corporation with its principal place of business in the Cayman Islands.
>>
>> -Jiaqi Li, an individual residing in China.
>>
>> -Commas International Holding LLC, a limited liability company with Yi Guo, an individual residing in China as its sole partner.
>>
>> -MineOne Partners Limited, a British Virgin Island corporation with its principal place of business in Wyoming.

DATED this 8th day of August, 2024.

MINEONE WYOMING DATA CENTER, LLC,
APPELLANT

/s/ Sean Larson
Sean Larson Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com

ATTORNEYS FOR APPELLANT

# CERTIFICATE OF SERVICE

I, Sean Larson, hereby certify that on August 8, 2024, I electronically filed the foregoing Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement with the Clerk of Court using the CM/ECF System which based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

/s/ Sean Larson
Hathaway & Kunz, LLP