# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company, <br><br> Appellants, <br><br> v. <br><br> BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Appellee. | Case No. 24-8048 |

# ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for MineOne Wyoming Data Center, LLC, the Appellant/Defendant in the above-referenced case. Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

The following individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

*Other Parties:*
- BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, Plaintiff

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

- MINEONE PARTNERS LLC, a Delaware limited liability company;
- TERRA CRYPTO INC., a Delaware corporation;
- BIT ORIGIN, LTD, a Cayman Island Company;
- SONICHASH LLC, a Delaware limited liability company;
- BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company;
- BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation.

*Other Counsel:*

Patrick J. Murphy
Scott C. Murray
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott., Suite 400
P.O. Box 10700 (82602)
Casper, WY 82601
*Attorneys for Plaintiff*

Khale J. Lenhart
Tyson R. Woodford
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
*Attorneys for Bitmain Technologies Georgia Limited*

Marc Feinstein, *pro hac vice*
William K. Pao, *pro hac vice*
David Iden, *pro hac vice*
Kaitlyn Farrell, *pro hac vice*
Daniel Hirsch, *pro hac vice*
Sherin Parikh, *pro hac vice*
O'Melveny & Myers, LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
*Attorneys for Bitmain Technologies Georgia Limited*

Meggan J. Hathaway
Jane M. France
Sundahl, Powers, Kapp & Martin, L.L.C.
500 W. 18th Street, Suite 200
Cheyenne, WY 82003-0328

Marc S. Gottlieb
Ortoli Rosenstadt, LLP
366 Madison Avenue, 3rd Floor
New York, NY 10017
*Attorneys for Bit Origin and SonicHash*

Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Leily Lashkari, Esq. (Admitted *Pro Hac Vice*)
David Forrest, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
212-407-4905
212-407-4990 (Fax)

DATED this 8th day of August, 2024.

3

MineOne Wyoming Data Center, LLC,
Appellant

*/s/ Sean Larson*
Sean Larson Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Attorneys for Appellant

## CERTIFICATE OF SERVICE

I, Sean Larson, hereby certify that on August 8, 2024, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF System which based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

*/s/ Sean Larson*
Hathaway & Kunz, LLP