UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO, INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH, LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | Case No. 24-8048 |

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of <u>BCB Cheyenne LLC d/b/a Bison Blockchain</u> certifies as follows:

Pursuant to Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1, BCB Cheyenne

LLC does not have a parent corporation. There is no publicly traded corporation that owns 10% or more of BCB Cheyenne LLC.

<u>August 9, 2024</u>
Date

<u>/s/ Patrick J. Murphy</u>
   Patrick J. Murphy

## CERTIFICATE OF SERVICE

I, Patrick J. Murphy, hereby certify that on August 9, 2024, I electronically filed the foregoing Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement with the Clerk of Court using the CM/ECF System which is based upon the records currently on file with the Clerk of Court which will transmit a Notice of Filing to all registered counsel of record.

                                             <u>/s/Patrick J. Murphy</u>
                                             Patrick J. Murphy