UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO, INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH, LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | Case No. 24-8048 |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s)

hereby appear(s) as counsel for BCB Cheyenne LLC d/b/a Bison Blockchain.

Patrick J. Murphy_____          Thomas W. Rumpke_____
Name of Counsel                    Name of Counsel

| | |
|---|---|
| /s/ Patrick J. Murphy_____ | /s/ Thomas W. Rumpke_____ |
| Signature of Counsel | Signature of Counsel |
| | |
| 59 N. Wolcott St. Suite 400, | 702 Randall Ave. |
| Casper, WY 82601 | Cheyenne WY 82003 |
| Tel: (307)-265-0700 | Tel: (307) 637-5575 |
| | |
| pmurphy@wpdn.net_____ | trumpke@wpdn.net_____ |
| E-Mail Address | E-Mail Address |

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

✠　　The following individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| ***Bitmain Technologies Georgia Limited*** | ***Bit Origin, Ltd. and Sonichash, LLC*** |
| Khale J. Lenhart | Meggan J. Hathaway |
| Tyson R. Woodford | Jane M. France |
| HIRST APPLEGATE LLP | SUNDAHL, POWERS, KAPP & MARTIN, LLC |
| P.O. BOX 1083 | 500 W. 18th Street, Ste. 200 |
| Cheyenne, WY 82003 | Cheyenne, WY 82003 |
| klenhart@hirstapplegate.com | mhathaway@spkm.org |
| twoodford@hirstapplegate.com | jfrance@spkm.org |
| | |
| Marc Feinstein, *Pro Hac Vice* | Marc S. Gottlieb |
| William Pao, *Pro Hac Vice* | ORTOLI ROSENSTADT, LLP |
| Daniel Hirsch, *Pro Hac Vice* | 366 Madison Avenue, 3rd Floor |
| David Iden, *Pro Hac Vice* | New York, NY 10017 |
| Sherin Parikh, *Pro Hac Vice* | msg@orllp.legal |
| O'MELVENY & MYERS | |
| 400 South Hope Street | ***MineOne Partners, LLC and Terra Crypto, Inc.*** |
| Los Angeles, CA 90071-2899 | Sean M. Larson |
| mfeinstein@omm.com | Kari Hartman |
| wpao@omm.com | HATHAWAY & KUNZ, LLP |
| dhirsch@omm.com | P.O. Box 1208 |
| diden@omm.com | Cheyenne, WY 82001 |
| sparikh@omm.com | slarson@hkwyolaw.com |
| | khartman@hkwyolaw.com |
| | |
| | Paula Colbath, *Pro Hac Vice* |
| | Alex Inman, *Pro Hac Vice* |
| | Leily Lashkari *Pro Hac Vice* |
| | LOEB & LOEB LLP |
| | 345 Park Avenue New York, NY 10154 |
| | pcolbath@loeb.com |
| | ainman@loeb.com |
| | llashkari@loeb.com[1] |

---

[1] The Notice of Appeal, as well as the Amended Notice of Appeal is signed by counsel for MineOne Wyoming Data Center, LLC, MineOne Partners, LLC, and Terra Crypto, Inc., but the text of those filing state that only MineOne Wyoming Data Center, LLC is appealing Judge Johnson's June 28, 2024, Order granting prejudgment writs of attachment and garnishment.

August 9, 2024_____

*/s/ Patrick J. Murphy*_____
Patrick J. Murphy

## CERTIFICATE OF SERVICE

I, Patrick J. Murphy, hereby certify that on August 9, 2024, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF System which is based upon the records currently on file with the Clerk of Court which will transmit a Notice of Filing to all registered counsel of record.

*/s/Patrick J. Murphy*
Patrick J. Murphy