```
                  Melanie Sonntag, RDR, CRR, CRC
                     Federal Official Court Reporter
                 United States District Court of Wyoming
                     2120 Capitol Avenue, Room 2228
                          Cheyenne, WY 82001
```

August 14, 2024

Mr. Christopher M. Wolpert
U.S. Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado  80257

RE:   BCB Cheyenne, LLC, v. MineOne Wyoming Data Center, et al.
      District No. 23-CV-00079-ABJ
      Appeals No. 24-8048

Dear Mr. Wolpert:

The following transcripts ordered on appeal from this reporter have been filed with the Clerk of Court in the United States District Court of Wyoming:

| Date of Proceeding | | Date of Filing |
|---|---|---|
| 6/26/2024 - Motion Hearing - Emergency Motion for Protective Order with Prejudgment Writs of Attachment and Garnishment | | 7/1/2024 |

Sincerely,

Melanie Sonntag, RDR, CRR, CRC
307.433.2169
MelanieSonntagCRR@gmail.com