CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

October 8, 2024

Sean M. Larson, Esq.
Hathaway & Kunz
2515 Warren Avenue, Suite 500
Cheyenne, WY 82003

Patrick J. Murphy, Esq.
Williams, Porter, Day & Neville
159 North Wolcott Street, Suite 400
Casper, WY 82601

RE: No. 24-8048 – BCB Cheyenne, LLC v. MineOne Wyoming Data Center, LLC

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **ZOOMGOV** mediation conference has been scheduled in this case for **Wednesday, October 30, 2024 at 1:00 PM**, **MOUNTAIN TIME**. This office will forward an invitation to the ZoomGov meeting. Please allow at least two hours for the conference.

    The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

    Counsel addressed above are tentatively identified to be the attorneys with primary responsibility for this case. Our goal, however, is to secure the participation of the attorneys on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

    Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator