CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

October 8, 2024

Sean M. Larson, Esq.
Hathaway & Kunz
2515 Warren Avenue, Suite 500
Cheyenne, WY  82003

Patrick J. Murphy, Esq.
Williams, Porter, Day & Neville
159 North Wolcott Street, Suite 400
Casper, WY  82601

RE:  No. 24-8048 – BCB Cheyenne, LLC v. MineOne Wyoming Data Center, LLC

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **November 20, 2024**.

Sincerely,

*/s/ Kevin J. Kinnear*

Kevin J. Kinnear

KJK:dm