# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

BCB CHEYENNE

v.

MINEONE WYOMING DATA CENTER, et al.

Case No. 24-8048

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, and TERRA CRYPTO, INC.

[Party or Parties][1]

Appellants _____, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

---

Paula K. Colbath
Name of Counsel

/s/ Paula K. Colbath
Signature of Counsel

Loeb & Loeb LLP, 345 Park Ave., NY, NY 10154
Mailing Address and Telephone Number

pcolbath@loeb.com
E-Mail Address

---

Alex Inman
Name of Counsel

[signature]
Signature of Counsel

Loeb & Loeb LLP, 345 Park Ave., NY, NY 10154
Mailing Address and Telephone Number

ainman@loeb.com
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐  The following (attach additional pages if necessary) individuals and/or entities are not

   direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑  There are no such parties/attorneys, or any such parties/attorneys have already been

   disclosed to the court.

  October 9, 2024
_____
Date

/s/ Paula K. Colbath
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
                        [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                              [state method of service]

     October 9, 2024
_____
Date

/s/ Paula K. Colbath
_____
Signature