UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BCB CHEYENNE LLC d/b/a BISON
BLOCKCHAIN, a Wyoming limited liability
Company,

Plaintiff Counter Defendant –
Appellee,

**v.**

MINEONE WYOMING DATA CENTER,
LLC, a Delaware limited liability company,

Defendant Counterclaimant –
Appellant,


and


MINEONE PARTNERS, a Delaware limited
liability company, et al.,

Defendant Counterclaimants,

and

BITMAIN TECHNOLOGIES HOLDING
COMPANY, a Cayman Island Company, et
al.,

Defendants.

No. 24-8048
(D.C. No. 1:23-CV-79-ABJ)
(D. Wyo.)


**JOINT AND STIPULATED MOTION TO DISMISS THIS APPEAL**

COME NOW Appellant MineOne Wyoming Data Center LLC, a Delaware limited liability

company, and Appellee BCB Cheyenne LLC d/b/a Bison Blockchain, a Wyoming limited liability

company, through their respective counsel, and hereby stipulate, agree, and jointly move the Court

to dismiss this pending appeal of Appellant MineOne Wyoming Data Center LLC with prejudice

for the reason that these Parties have compromised and settled all of their claims, counterclaims,

disputes, defenses, and the underlying lawsuit in the Wyoming Federal District Court, with each

Party to bear its own costs and attorney fees, and they no longer wish to pursue this appeal. This

appeal is now moot because of these Parties' underlying settlement and dismissal of the underlying

suit.

Respectfully submitted this 15th day of October 2024.

| BCB Cheyenne LLC d/b/a Bison Blockchain, | MineOne Wyoming Data Center LLC, |
|---|---|
| Plaintiff/Appellee | Defendant/Appellant |
| By: /s/ Patrick J. Murphy<br>Patrick J. Murphy (WSB No. 5-1779)<br>Williams, Porter, Day & Neville, PC<br>159 N Wolcott St. Suite 400<br>Casper, WY 82601<br>Ph: (307) 265-0700<br>E-mail: pmurphy@wpdn.net | By: Paula K. Colbath, *Pro Hac Vice*<br>Paula K. Colbath<br>LOEB & LOEB LLP<br>345 Park Avenue<br>New York, NY 10154<br>Ph: (212) 407-4905<br>E-mail: pcolbath@loeb.com |

**CERTIFICATE OF SERVICE**

I, Patrick J. Murphy, hereby certify that on October 15, 2024, I electronically filed this Joint and Stipulated Motion to Dismiss This Appeal with the Clerk of Court using the CM/ECF System which is based upon the records currently on file with the Clerk of Court which will transmit a Notice of Filing to all registered counsel of record.


/s/Patrick J. Murphy
Patrick J. Murphy