UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

October 16, 2024

Margaret Botkins
United States District Court for the District of Wyoming
Office of the Clerk
111 South Wolcott
Casper, WY 82602-0000

**RE:** 24-8048, BCB Cheyenne v. MineOne Wyoming Data Center, et al
Dist/Ag docket: 1:23-CV-00079-ABJ

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


CC: Counsel of Record
CMW/jjh