# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

Margaret Botkins
Clerk of Court





**FILED**

3:27 pm, 7/26/24

**Margaret Botkins**
**Clerk of Court**

Jon Bastian
Chief Deputy Clerk

July 26, 2024

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO  80257

     Re:    BCB Cheyenne LLC v. MineOne Wyoming Data Center LLC et al
           District Court Case Number:  1:23-cv-00079-ABJ

           Notice of Appeal Filed:     7/26/2024
           $600 fee was not paid; $5 fee was not paid.

Dear Mr. Wolpert:

    Attached are documents filed in connection with the Notice of Appeal in this case, which will constitute the preliminary record on appeal:

- Copy of District Court docket entries

- Copy of Notice of Appeal

- Copy of all pre-judgment motions and post-judgment motions to reconsider or which questions the judgments, and any other order disposing thereof, as follows:

        [254] Order on Motions for Protective Order with Prejudgment Writs of Attachment and Garnishment

If anything further is required, please let me know.

        Sincerely,

        Margaret Botkins
        Clerk of Court

        By: _Becky Harris_

Attachment(s)

APPEAL,BENCH,CHEY,PROTO

# U.S. District Court
## District of Wyoming (Casper)
## CIVIL DOCKET FOR CASE #: 1:23−cv−00079−ABJ
### *Internal Use Only*

| | |
|---|---|
| BCB Cheyenne LLC v. MineOne Wyoming Data Center LLC et al | Date Filed: 05/03/2023 |
| Assigned to: Honorable Alan B Johnson | Jury Demand: None |
| Referred to: US Magistrate Judge Stephanie A Hambrick | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity−Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**BCB Cheyenne LLC**
*a Wyoming limited liability company*
*doing business as*
Bison Blockchain

represented by **Patrick J Murphy**
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P O Box 10700
Casper, WY 82602
307/265−0700
Fax: 307/266−2306
Email: pmurphy@wpdn.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott C Murray**
WILLIAMS PORTER DAY & NEVILLE
159 N Wolcott Street
Suite 400
Casper, WY 82601
307/265−0700
Email: smurray@wpdn.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MineOne Wyoming Data Center LLC**
*a Delaware limited liability company*

represented by **Kari Hartman**
Hathaway & Kunz, LLP
2515 Warren Ave.
Ste 500
Cheyenne, WY 82001
307−634−7723
Email: khartman@hkwyolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Colbath**
LOEB & LOEB LLP

345 Park Avenue
New York, NY 10154
212−407−4000
Email: pcolbath@loeb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean M Larson**
HATHAWAY & KUNZ
2515 Warren Avenue, Suite 500
Cheyenne, WY 82001
307/634−7723
Fax: 307/634−0985
Email: slarson@hkwyolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Inman**
Loeb & Loeb LLP
345 Park Ave
New York, NY 10154
212−407−4973
Email: ainman@loeb.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Forrest**
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10028
212−407−4877
Fax: 212−202−5408
Email: dforrest@loeb.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leily Lashkari**
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
212−407−4962
Email: llashkari@loeb.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Levitan Perry**
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
212−407−4191
Email: sperry@loeb.com

*TERMINATED: 05/16/2024*
*PRO HAC VICE*

**Defendant**

**MineOne Partners LLC**                    represented by    **Kari Hartman**
*a Delaware limited liability company*                       (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Paula Colbath**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Sean M Larson**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Alex Inman**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **David A Forrest**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Leily Lashkari**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Sarah Levitan Perry**
                                                             (See above for address)
                                                             *TERMINATED: 05/16/2024*
                                                             *PRO HAC VICE*

**Defendant**

**Terra Crypto Inc**                        represented by    **Kari Hartman**
*a Delaware corporation*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Paula Colbath**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Sean M Larson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Inman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Forrest**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leily Lashkari**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Levitan Perry**
(See above for address)
*TERMINATED: 05/16/2024*
*PRO HAC VICE*

**Defendant**

**Bit Origin Ltd**                          represented by  **Jane Marie France**
*a Cayman Island company*                    SUNDAHL POWERS KAPP & MARTIN
                                             P O Box 328
                                             Cheyenne, WY 82003−0328
                                             307−632−6421
                                             Fax: 307−632−7216
                                             Email: jfrance@spkm.org
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Marc S Gottlieb , I**
                                             Ortoli Rosenstadt, LLP.
                                             366 Madison Avenue
                                             3rd Floor
                                             10017
                                             New York, NY 10022−5616
                                             212−829−8943
                                             Fax: 866−294−0074
                                             Email: msg@orllp.legal
                                             *LEAD ATTORNEY*
                                             *PRO HAC VICE*
                                             *ATTORNEY TO BE NOTICED*

                                             **Meggan Hathaway**
                                             SUNDAHL POWERS KAPP & MARTIN

LLC
500 W. 18th Street
Suite 200
Cheyenne, WY 82001
307−632−6421
Email: mhathaway@spkm.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Inman**
(See above for address)
*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Kari Hartman**
(See above for address)
*TERMINATED: 02/22/2024*

**Paula Colbath**
(See above for address)
*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Sarah Levitan Perry**
(See above for address)
*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Sean M Larson**
(See above for address)
*TERMINATED: 02/22/2024*

**Defendant**

**SonicHash LLC**                          represented by   **Jane Marie France**
*a Delaware limited liability company*                     (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Marc S Gottlieb , I**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Meggan Hathaway**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alex Inman**
                                                           (See above for address)
                                                           *TERMINATED: 02/22/2024*

*PRO HAC VICE*

**Kari Hartman**
(See above for address)
*TERMINATED: 02/22/2024*

**Paula Colbath**
(See above for address)
*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Sarah Levitan Perry**
(See above for address)
*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Sean M Larson**
(See above for address)
*TERMINATED: 02/22/2024*

**Defendant**

**Bitmain Technologies Holding
Company**
*a Cayman Island company*

**Defendant**

**Bitmain Technologies Georgia Limited**         represented by   **Khale J Lenhart**
*a Georgia corporation*                                            HIRST APPLEGATE LLP
                                                                  1720 Carey Avenue, Room 400
                                                                  PO Box 1083
                                                                  Cheyenne, WY 82003−1083
                                                                  307/632−0541
                                                                  Fax: 307/632−4999
                                                                  Email: klenhart@hirstapplegate.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Marc Feinstein**
                                                                  O'MELVENY & MYERS
                                                                  400 South Hope Street
                                                                  Los Angeles, CA 90071−2899
                                                                  213−430−6000
                                                                  Email: mfeinstein@omm.com
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Daniel Hirsch**
                                                                  O'MELVENY & MYERS LLP
                                                                  400 South Hope Street, 18th Floor
                                                                  Los Angeles, CA 90071

213−430−6000
Email: dhirsch@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Iden**
o'MELVENY & MYERS
400 S. Hope Street
18th Floor
Los Angeles, CA 90071
213−430−6000
Email: diden@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kaitlyn Farrell**
O'MELVENY & MYERS LLP
400 S. Hope St.
Los Angeles, CA 90071
213−430−7869
Email: kfarrell@omm.com
*TERMINATED: 06/10/2024*
*PRO HAC VICE*

**Sherin Parikh**
O'MELVENY & MYERS LLP
400 South Hope Street
Ste 18th Floor
Los Angeles, CA 90071
213−430−6000
Email: sparikh@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tyson Richard Woodford**
HIRST APPLEGATE LLP
1720 Carey Ave
Suite 400
Cheynne, WY 82001
307−632−0541
Email: twoodford@hirstapplegate.com
*ATTORNEY TO BE NOTICED*

**William Pao**
O'MELVENY & MYERS
400 South Hope Street
Los Angeles, CA 90071−2899
213−430−6000
Fax: 213−430−6407
Email: wpao@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Bit Origin Ltd**
*a Cayman Island company*

represented by **Jane Marie France**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc S Gottlieb , I**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meggan Hathaway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Inman**
(See above for address)
*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Kari Hartman**
(See above for address)
*TERMINATED: 02/22/2024*

**Paula Colbath**
(See above for address)
*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Sarah Levitan Perry**
(See above for address)
*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Sean M Larson**
(See above for address)
*TERMINATED: 02/22/2024*

**Counter Claimant**

**MineOne Wyoming Data Center LLC**
*a Delaware limited liability company*

represented by **Kari Hartman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Colbath**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean M Larson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Inman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Forrest**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leily Lashkari**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Levitan Perry**
(See above for address)
*TERMINATED: 05/16/2024*

<u>**Counter Claimant**</u>

**SonicHash LLC**                    represented by  **Jane Marie France**
*a Delaware limited liability company*        (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Marc S Gottlieb , I**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meggan Hathaway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Inman**
(See above for address)
*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Kari Hartman**
(See above for address)
*TERMINATED: 02/22/2024*

**Paula Colbath**
(See above for address)

*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Sarah Levitan Perry**
(See above for address)
*TERMINATED: 02/22/2024*
*PRO HAC VICE*

**Sean M Larson**
(See above for address)
*TERMINATED: 02/22/2024*

**Counter Claimant**

**MineOne Partners LLC**                    represented by   **Kari Hartman**
*a Delaware limited liability company*                     (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Paula Colbath**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Sean M Larson**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alex Inman**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **David A Forrest**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Leily Lashkari**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Sarah Levitan Perry**
                                                           (See above for address)
                                                           *TERMINATED: 05/16/2024*

**Counter Claimant**

**Terra Crypto Inc**                        represented by   **Kari Hartman**
*a Delaware corporation*                                   (See above for address)
                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Paula Colbath**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean M Larson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Inman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Forrest**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leily Lashkari**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Levitan Perry**
(See above for address)
*TERMINATED: 05/16/2024*

V.

**Counter Defendant**

**BCB Cheyenne LLC**                  represented by   **Patrick J Murphy**
*a Wyoming limited liability company*                  (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Scott C Murray**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2023 | 1 | COMPLAINT for Breach of Contract, Anticipatory Repudiation of Contract, International Interference with Contractual Relations, Alter Ego Liability, Enterprise Liability, and Lost Profits and Money Damages filed by BCB Cheyenne LLC (Filing fee $402, receipt #1−179) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, |

| | | |
|---|---|---|
| | | # 4 Civil Cover Sheet, # 5 Consent to Proceed before Magistrate) (Court Staff, skb) Modified text on 5/9/2023 (Court Staff, sjlg). (Entered: 05/03/2023) |
| 05/09/2023 | 2 | ORDER REASSIGNING CASE by the Honorable Scott W Skavdahl. Case reassigned to Honorable Alan B Johnson for all further proceedings. Honorable Scott W Skavdahl no longer assigned to case. (Court Staff, skb) (Entered: 05/09/2023) |
| 05/16/2023 | 3 | Praecipe for Summons filed by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Summons) (Murphy, Patrick) (Entered: 05/16/2023) |
| 05/17/2023 | 4 | Summons Issued as to Defendant Terra Crypto Inc (Court Staff, sbh) (Entered: 05/17/2023) |
| 05/17/2023 | 5 | Praecipe for Bit Origin Summons filed by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Summons) (Murphy, Patrick) (Attachment 1 flattened and replaced on 5/18/2023) (Court Staff, sbh). (Entered: 05/17/2023) |
| 05/17/2023 | 6 | Praecipe for Summons filed by Plaintiff BCB Cheyenne LLC (Attachments: # 1 MineOne Partners Summons) (Murphy, Patrick) (Attachment 1 flattened and replaced on 5/18/2023) (Court Staff, sbh). (Entered: 05/17/2023) |
| 05/17/2023 | 7 | Praecipe for Summons filed by Plaintiff BCB Cheyenne LLC (Attachments: # 1 MineOne Wyoming Data Center Summons) (Murphy, Patrick) (Attachment 1 flattened and replaced on 5/18/2023) (Court Staff, sbh). (Entered: 05/17/2023) |
| 05/17/2023 | 8 | Praecipe for Summons filed by Plaintiff BCB Cheyenne LLC (Attachments: # 1 SonicHash Summons) (Murphy, Patrick) (Attachment 1 flattened and replaced on 5/18/2023) (Court Staff, sbh). (Entered: 05/17/2023) |
| 05/17/2023 | 9 | Praecipe for Summons filed by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Terra Crypto Summons) (Murphy, Patrick) (Attachment 1 flattened and replaced on 5/18/2023) (Court Staff, sbh). (Entered: 05/17/2023) |
| 05/18/2023 | 10 | Summonses Issued (Court Staff, sbh) (Entered: 05/18/2023) |
| 06/13/2023 | 11 | SUMMONS Returned Executed by BCB Cheyenne LLC. MineOne Partners LLC served on 6/1/2023 6/7/2023 answer due on 6/22/2023 6/28/2023 (Murphy, Patrick) Modified date served and answer deadline date on 6/14/2023 (Court Staff, stmo). (Entered: 06/13/2023) |
| 06/13/2023 | 12 | SUMMONS Returned Executed by BCB Cheyenne LLC. MineOne Wyoming Data Center LLC served on 6/1/2023 6/7/2023 answer due on 6/22/2023 6/28/2023 (Murphy, Patrick) Modified date served and answer deadline date on 6/14/2023 (Court Staff, stmo). (Entered: 06/13/2023) |
| 06/13/2023 | 13 | SUMMONS Returned Executed by BCB Cheyenne LLC. SonicHash LLC served on 6/1/2023 6/7/2023 answer due on 6/22/2023 6/28/2023 (Murphy, Patrick) Modified date served and answer deadline date on 6/14/2023 (Court Staff, stmo). (Entered: 06/13/2023) |
| 06/13/2023 | 14 | SUMMONS Returned Executed by BCB Cheyenne LLC. Terra Crypto Inc served on 6/7/2023, answer due on 6/28/2023 (Murphy, Patrick) (Entered: 06/13/2023) |
| 06/13/2023 | 15 | SUMMONS Returned Executed by BCB Cheyenne LLC. Bit Origin Ltd served on 5/23/2023, answer due on 6/13/2023 (Murphy, Patrick) (Entered: 06/13/2023) |
| 06/22/2023 | 16 | |

| | | NOTICE of Attorney Appearance by Sean M Larson on behalf of Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc (Larson, Sean) (Entered: 06/22/2023) |
|---|---|---|
| 06/22/2023 | 17 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Extension of Time (Non−Dispositive) requesting extension of Time to Respond filed by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Larson, Sean) (Entered: 06/22/2023) |
| 06/23/2023 | 18 | (TEXT−ONLY) NOTICE of Hearing on 17 MOTION for Extension of Time (Non−Dispositive) requesting extension of Time to Respond BY TELEPHONE. All parties may appear by telephone through the Courts conference call system. Guests call: 307−735−3644, Access code 275440149#. **Motion Hearing set for 6/26/2023 11:00 AM before Honorable Kelly H Rankin.** (Court Staff, sjdl) (Entered: 06/23/2023) |
| 06/23/2023 | 19 | MOTION for Entry of Default and RESPONSE in Opposition re 17 MOTION for Extension of Time (Non−Dispositive) requesting extension of Time to Respond filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit II, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Proposed Order) (Murphy, Patrick) Modified to correct event and docket text on 6/23/2023 (Court Staff, smxb). (Entered: 06/23/2023) |
| 06/26/2023 | 20 | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin granting in part and denying in part 17 Motion for Extension of Time. On June 26, 2023, the Court held an informal telephonic hearing on Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint 17 and Plaintiff's Response in Opposition and Request for Default 19 . Upon consideration of the arguments made in the briefing and at the hearing the Court orders as follows: Given Defendants timely request for an extension and due to the procedural posturing of this case, Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc, and Sonic Hash LLCs answers are due on or before July 3, 2023. Next, Plaintiff's request for default against Defendant Bit Origin Ltd 19 shall be addressed by the trial Court. Plaintiff's right to seek default or other recourse against any Defendant is preserved. (Court Staff, sjgc) (Entered: 06/26/2023) |
| 06/26/2023 | 21 | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin. Defendant Bit Origin Ltd. shall respond to Plaintiff's Motion for Default 19 on or before July 7, 2023. (Court Staff, sjgc) (Entered: 06/26/2023) |
| 06/26/2023 | 22 | MINUTES for proceedings held before Honorable Kelly H Rankin: Upon consideration of the arguments made, Court determined that given Defendants timely request for an extension and due to the procedural posturing of this case, Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., and Sonic Hash LLCs answers are due on or before July 3, 2023. Plaintiffs request for default against Defendant Bit Origin Ltd 19 shall be addressed by the trial Court. Plaintiffs right to seek default or other recourse against any Defendant is preserved. Motion Hearing held on 6/26/2023. (Court Staff, smxb) (Entered: 06/26/2023) |
| 07/03/2023 | 23 | ANSWER to 1 Complaint with Affirmative Defenses, COUNTERCLAIM against Counter−Defendant BCB Cheyenne LLC by Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Larson, |

| | | Sean) (Entered: 07/03/2023) |
|---|---|---|
| 07/07/2023 | 24 | RESPONSE in Opposition re 19 MOTION for Entry of Default filed by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Larson, Sean) Modified text on 7/10/2023 (Court Staff, sbh). (Entered: 07/07/2023) |
| 07/14/2023 | 25 | REPLY to 24 RESPONSE in Opposition re 19 MOTION for Entry of Default filed by Plaintiff BCB Cheyenne LLC. (Murphy, Patrick) Modified link and text on 7/14/2023 (Court Staff, stmo). Modified text on 7/17/2023 (Court Staff, sbh). (Entered: 07/14/2023) |
| 07/17/2023 | 26 | NOTICE of Complexity by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc: this case is non−complex. (Larson, Sean) (Entered: 07/17/2023) |
| 07/17/2023 | 27 | CORPORATE DISCLOSURE filed by Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. Terra Global Asset Management Holdings Inc. is the parent corporation of Terra Crypto Inc. (Larson, Sean) Modified text on 7/18/2023 (Court Staff, stmo). (Entered: 07/17/2023) |
| 07/18/2023 | 28 | MEMORANDUM AND ORDER REGARDING DISCOVERY MOTIONS AND DISPOSITIVE MOTIONS INCLUDING MOTIONS FOR SUMMARY JUDGMENT AND ANALOGOUS MOTIONS TO DISMISS IN CIVIL CASES by the Honorable Alan B Johnson.(Court Staff, ssw) (Entered: 07/18/2023) |
| 07/18/2023 | 29 | ORDER REQUIRING JOINT REPORT of Meeting and Proposed Joint Discovery and Case Management Plan and Setting Initial Pretrial Conference by the Honorable Alan B Johnson. **Initial Pretrial Conference set for 8/16/2023 at 1:30 PM before Honorable Alan B Johnson.** NOTE: <br><br> 1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely;the Zoom ID and Passcode will be provided separately to the participants email address of record. <br><br> 2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues. <br><br> 3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking. <br><br> ***REMINDER: Recording or broadcasting of this hearing is prohibited.*** <br><br> (Court Staff, ssw) (Entered: 07/18/2023) |
| 07/18/2023 | 30 | NOTICE of Attorney Appearance by Kari Hartman on behalf of Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, |

| | | Terra Crypto Inc (Hartman, Kari) (Entered: 07/18/2023) |
|---|---|---|
| 07/19/2023 | 31 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Paula K. Colbath to appear pro hac vice; Check not tendered; filed by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Attachments: # 1 Affidavit, # 2 Proposed Order)(Larson, Sean) (Entered: 07/19/2023) |
| 07/19/2023 | 32 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Sarah L. Perry to appear pro hac vice; Check not tendered; filed by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Attachments: # 1 Affidavit, # 2 Proposed Order)(Larson, Sean) (Entered: 07/19/2023) |
| 07/20/2023 | 33 | ORDER by the Honorable Kelly H. Rankin granting 31 , 32 MOTIONS for Paula K. Colbath and Sarah Levitan Perry to appear pro hac vice on behalf of Defendants Terra Crypto Inc, MineOne Wyoming Data Center LLC, Bit Origin Ltd, SonicHash LLC, MineOne Partners LLC (Order emailed to phv counsel on this date) (Court Staff, sbh) (Entered: 07/20/2023) |
| 07/20/2023 | | FINANCIAL ENTRY: $100 PRO HAC VICE FEES PAID (Receipt #2−1816 total amount received $200) on behalf of Paula K. Colbath and Sarah Levitan Perry (Court Staff, stmo) (Entered: 07/20/2023) |
| 07/20/2023 | 34 | Notice of Pro Hac Vice Attorney Appearance by Paula Colbath on behalf of Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc (~~Filing fee $ 100, receipt number AWYDC−2286723~~) (Colbath, Paula) Modified on 7/21/2023 to strike filing fee as fee was previously paid on 7/20/23 with receipt 2−1816. Receipt AWYDC−2286723 REFUNDED via Pay.gov on 7/21/23 (Court Staff, sjk). (Entered: 07/20/2023) |
| 07/20/2023 | 35 | Notice of Pro Hac Vice Attorney Appearance by Sarah Levitan Perry on behalf of Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc (~~Filing fee $ 100, receipt number AWYDC−2286725~~) (Perry, Sarah) Modified on 7/21/2023 to strike filing fee as fee was previously paid on 7/20/23 with receipt 2−1816. Receipt AWYDC−2286725 REFUNDED via Pay.gov on 7/21/23(Court Staff, sjk). (Entered: 07/20/2023) |
| 07/24/2023 | 36 | ANSWER to 23 Counterclaim by BCB Cheyenne LLC. (Murphy, Patrick) Modified text on 7/25/2023 (Court Staff, sbh). (Entered: 07/24/2023) |
| 07/27/2023 | 37 | Notice requiring Plaintiff/Counter Defendant BCB Cheyenne LLC to Submit a Disclosure Statement in accordance with Fed.R.Civ.P. 7.1(b). Disclosure Statement Due: July 31, 2023. (Court Staff, szf) (Entered: 07/27/2023) |
| 07/31/2023 | 38 | CORPORATE DISCLOSURE filed by BCB Cheyenne LLC listing Michael Murphy, Emory Patterson IV, Neil Phippen, BCB Ventures LLC, CMV Global LLC, Bryce Fincham and Bayview Capital Investments LLC as Members. (Murphy, Patrick) Modified text to add members on 8/1/2023 (Court Staff, sjlg). (Entered: 07/31/2023) |
| 08/10/2023 | 39 | |

| | | Supplemental DISCLOSURE for LLC or Partnership filed by BCB Cheyenne LLC (Murphy, Patrick) Modified text on 8/11/2023 (Court Staff, sbh). (Entered: 08/10/2023) |
|---|---|---|
| 08/14/2023 | 40 | Notice Vacating Hearing: Initial Pretrial Conference set for August 16 is VACATED and will be reset at a later date. (Court Staff, ssw) (Entered: 08/14/2023) |
| 08/15/2023 | 41 | Amended DISCLOSURE for LLC or Partnership filed by Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. See pleading for details. (Hartman, Kari) Modified text on 8/17/2023 (Court Staff, sbh). (Entered: 08/15/2023) |
| 08/21/2023 | 42 | Amended DISCLOSURE for LLC or Partnership filed by BCB Cheyenne LLC. (Attachments: # 1 Exhibit) (Murphy, Patrick) (Entered: 08/21/2023) |
| 08/21/2023 | 43 | (TEXT−ONLY) NOTICE Resetting Initial Pretrial Conference: **Initial Pretrial Conference reset for 8/30/2023 at 9:00 AM before Honorable Alan B Johnson.** NOTE:<br><br>1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely;the Zoom ID and Passcode will be provided separately to the participants email address of record.<br><br>2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues.<br><br>3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking.<br><br>**\*\*\*REMINDER: Recording or broadcasting of this hearing is prohibited. \*\*\***<br><br>(Court Staff, ssw) (Entered: 08/21/2023) |
| 08/21/2023 | 44 | REPORT of Rule 26(f) Planning Meeting filed by Plaintiff BCB Cheyenne LLC. (Murphy, Patrick) (Entered: 08/21/2023) |
| 08/30/2023 | 45 | MINUTES for proceedings held before Honorable Alan B. Johnson: Initial Pretrial Conference held on 8/30/2023 (Court Reporter: Jan Davis) (Court Staff, sbh) (Entered: 08/30/2023) |
| 08/30/2023 | 46 | INITIAL PRETRIAL ORDER by the Honorable Alan B. Johnson. Expert Witness Designation−Plaintiff deadline 2/28/2024. Expert Witness Designation−Defendant deadline 4/15/2024. Discovery due by 8/7/2024. Motions filing deadline 9/6/2024. Motion response deadline 9/20/2024. Replies due by 9/27/2024. Joint Final Pretrial Memorandum due by 11/8/2024. Motion in Limine deadline 11/8/2024. Motions in Limine Response Deadline 11/22/2024. Motions in Limine Reply Deadline 12/2/2024. **Final Pretrial Conference set for 1/10/2025 09:30 AM in Cheyenne Courtroom No. 2 (Room No. 2116) before Honorable Alan B. Johnson. 10−day Bench Trial set for 1/27/2025 09:30 AM in Cheyenne Courtroom No. 2 (Room No. 2116) before Honorable Alan B. Johnson.** (Court Staff, sbh) (Entered: 08/30/2023) |
| 09/05/2023 | 47 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Initial Pretrial Conference held on 8/30/2023 before Judge Alan B. Johnson. To purchase a copy of this |

| | | |
|---|---|---|
| | | transcript, please contact Court Reporter Jan Davis, phone (307) 433−2154 or email jbd.davis@gmail.com. A party must file a Notice of Intent to Request Redaction within 7 calendar days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made available electronically without redaction. Notice of Intent to Redact due 9/12/2023. Notice of Redaction Request due 9/26/2023. Redacted Transcript Deadline set for 10/6/2023. Release of Transcript Restriction set for 12/4/2023. (Davis, Jan) (Entered: 09/05/2023) |
| 09/15/2023 | 48 | (TEXT−ONLY) ORDER by the Honorable Alan B Johnson denying as moot 19 Motion for Default Judgment Against Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, SonicHash LLC, and Bit Origin, Ltd. All five Defendants have responded to Plaintiffs Complaint and all parties have appeared before the Court in this matter. Therefore, Plaintiffs request for entry of default against Defendants is rendered moot. (Court Staff, ssw) (Entered: 09/15/2023) |
| 09/29/2023 | 49 | Answer, Defenses and AMENDED COUNTERCLAIM against Counter−Defendant BCB Cheyenne LLC filed by Bit Origin Ltd, MineOne Partners LLC, SonicHash LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Larson, Sean) Modified text on 10/3/2023 (Court Staff, sbh). (Entered: 09/29/2023) |
| 09/30/2023 | 50 | AMENDED COMPLAINT against Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Bitmain Technologies Holding Company, Bitmain Technologies Georgia Limited filed by BCB Cheyenne LLC. (Attachments: # 1 Exhibit A (see Doc 54 ), # 2 Exhibit B, # 3 Exhibit C) (Murray, Scott) Modified text on 10/10/2023 (Court Staff, sbh). (Entered: 09/30/2023) |
| 10/05/2023 | 51 | ANSWER to 49 Counterclaim by BCB Cheyenne LLC. (Murphy, Patrick) (Entered: 10/05/2023) |
| 10/05/2023 | 52 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Order to File Exhibit as a Non−Public Document filed by Counter Defendant BCB Cheyenne LLC, Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Proposed Order)(Murphy, Patrick) (Entered: 10/05/2023) |
| 10/06/2023 | 53 | ORDER by the Honorable Kelly H Rankin granting 52 Motion for Order. Plaintiff may file the exhibit as non−public. (Court Staff, sjdl) (Entered: 10/06/2023) |
| 10/10/2023 | 54 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − EXHIBIT A to 50 Amended Complaint filed by Counter Defendant BCB Cheyenne LLC, Plaintiff BCB Cheyenne LLC. (Murphy, Patrick) Modified text on 10/10/2023 (Court Staff, sbh). (Main Document 54 flattened and replaced on 10/10/2023) (Court Staff, stmo). Modified text on 10/10/2023 (Court Staff, stmo). (Entered: 10/10/2023) |
| 10/11/2023 | 55 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Extension of Time (Non−Dispositive) requesting extension of Time to Respond to Plaintiff's Frist Amended Complaint filed by Defendants Bit Origin Ltd, Bitmain Technologies Georgia Limited, Bitmain Technologies Holding Company, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Attachments: # 1 Proposed Order)(Larson, Sean) (Entered: 10/11/2023) |
| 10/12/2023 | 56 | |

| | | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin granting 55 Motion for Extension of Time. Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., Bit Origin Ltd, and SonicHash LLC shall answer or otherwise respond to the Amended Complaint on or before 10/27/2023. (Court Staff, sjdl) (Entered: 10/12/2023) |
|---|---|---|
| 10/23/2023 | 57 | Praecipe for Summons filed by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Bitmain Tech. Georgia Summons) (Murray, Scott) (Attachment 1 flattened and replaced on 10/23/2023 (Court Staff, stmo). Modified text on 10/23/2023 (Court Staff, stmo). (Entered: 10/23/2023) |
| 10/23/2023 | 58 | Praecipe for Summons filed by Plaintiff BCB Cheyenne LLC, 1 issued. (Court Staff, stbd) (Entered: 10/23/2023) |
| 10/23/2023 | 59 | 1 Summons Issued. (Court Staff, stbd) (Entered: 10/23/2023) |
| 10/26/2023 | 60 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Extension of Time (Non−Dispositive) requesting extension of Time to Respond to Plaintiff's First Amended Complaint filed by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Attachments: # 1 Proposed Order) (Larson, Sean) Modified text on 10/31/2023 (Court Staff, sbh). Modified text on 10/31/2023 (Court Staff, stmo). Modified filers on 11/16/2023 (Court Staff, sbh). (Entered: 10/26/2023) |
| 10/27/2023 | 61 | ORDER by the Honorable Kelly H Rankin granting 60 Motion for Extension of Time. Defendants shall have up to and including October 31, 2023, by which to answer or otherwise respond to Plaintiff's First Amended Complaint. (Court Staff, sjgc) (Entered: 10/27/2023) |
| 10/31/2023 | 62 | ANSWER to 50 Amended Complaint, Amended COUNTERCLAIM against Counter−Defendant BCB Cheyenne LLC by Bit Origin Ltd, MineOne Wyoming Data Center LLC, SonicHash LLC, MineOne Partners LLC, Terra Crypto Inc. (Colbath, Paula) Modified text on 11/2/2023 (Court Staff, sbh). (Entered: 10/31/2023) |
| 11/01/2023 | 63 | SUMMONS Returned Executed by BCB Cheyenne LLC. Bitmain Technologies Georgia Limited served on 10/25/2023, answer due on 11/15/2023 (Murphy, Patrick) (Entered: 11/01/2023) |
| 11/08/2023 | 64 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Alex Inman to appear pro hac vice; Check not tendered; filed by Defendants Bit Origin Ltd, Bitmain Technologies Georgia Limited, Bitmain Technologies Holding Company, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Attachments: # 1 Declaration, # 2 Proposed Order) (Larson, Sean) Modified text on 11/9/2023 (Court Staff, sbh). (Entered: 11/08/2023) |
| 11/08/2023 | 65 | ORDER (amended at 71 ) by the Honorable Kelly H Rankin granting 64 MOTION for Alex Inman to appear pro hac vice on behalf of Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, ~~Bitmain Technologies Georgia Limited, Bitmain Technologies Holding Company~~ Counter Claimants Bit Origin Ltd, MineOne Partners LLC, |

| | | |
|---|---|---|
| | | MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (order emailed to PHV counsel). (Court Staff, stmo) Modified on 12/1/2023 (Court Staff, sbh). (Entered: 11/08/2023) |
| 11/09/2023 | 66 | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin. On November 9, 2023, the Court held an informal telephonic discovery conference to discuss Defendants' request for a forty−five−day extension to respond to Plaintiff's outstanding discovery requests. After hearing from the parties, the Court finds Defendants have shown some good cause for the request. Specifically, the nature and amount of discovery requested coupled with current status of the case support a reasonable extension. Consequently, the Court grants existing Defendants until November 30, 2023, to lodge any objections to the outstanding discovery, and until December 20, 2023, to answer and respond to the outstanding discovery requests. (Court Staff, sjgc) (Entered: 11/09/2023) |
| 11/14/2023 | 67 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION to Amend/Correct 65 Order on motion to appear pro hac vice filed by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Attachments: # 1 Proposed Order) (Larson, Sean) (Entered: 11/14/2023) |
| 11/16/2023 | 68 | MOTION for Entry of Default against Bitmain Technologies Georgia Limited filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Proposed Order)(Murray, Scott) (Entered: 11/16/2023) |
| 11/17/2023 | 69 | VACATED per 103 Order Setting Aside Default. CLERK'S ENTRY OF DEFAULT filed against Defendant Bitmain Technologies Georgia Limited by the Clerk of Court, Margaret Botkins (Mailed to defendant on this date at the addresses contained in the motion) (Court Staff, sbh) Modified text on 11/17/2023 (Court Staff, sbh). Modified on 1/10/2024 (Court Staff, sbh). (Entered: 11/17/2023) |
| 11/28/2023 | 70 | Notice of Pro Hac Vice Attorney Appearance by Alex Inman on behalf of Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc (Filing fee $ 100, receipt number AWYDC−2347802) (Inman, Alex) (Entered: 11/28/2023) |
| 12/01/2023 | 71 | ORDER by the Honorable Kelly H. Rankin granting 67 MOTION to Amend/Correct 65 Order on motion to appear pro hac vice. The Court will amend its Order to reflect Mr. Inman's representation of Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc, BitOrigin Ltd and SonicHash LLC only. (Court Staff, sbh) (Entered: 12/01/2023) |
| 12/05/2023 | 72 | MOTION REFERRED TO Judge Kelly H Rankin. Stipulated MOTION for Protective Order filed by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Attachments: # 1 Proposed Order Stipulated Protective Order, # 2 Proposed Order for Entry of Protective Order)(Larson, Sean) (Entered: 12/05/2023) |
| 12/05/2023 | 73 | NOTICE *of Service of Subpoena Duces Tecum* by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Subpoena − Derocher, # 2 Exhibit Subpoena − Quid) (Larson, Sean) (Entered: 12/05/2023) |
| 12/06/2023 | 74 | PROTECTIVE ORDER by the Honorable Kelly H Rankin granting 72 Motion for Protective Order. (Court Staff, sjgc) Modified text on 12/7/2023 (Court Staff, sbh). (Entered: 12/06/2023) |
| 12/08/2023 | 75 | RETURN of Subpoena *Duces Tecum* by Plaintiff BCB Cheyenne LLC upon Misty McPherson (Registered Agent for Systems Mechanical & Electrical Contractors, LLC) on 12/7/2023. (Attachments: # 1 Affidavit of Service) (Murphy, Patrick) (Entered: 12/08/2023) |
| 12/11/2023 | 76 | NOTICE of Attorney Appearance by Khale J Lenhart on behalf of Bitmain Technologies Georgia Limited (Lenhart, Khale) (Entered: 12/11/2023) |
| 12/11/2023 | 77 | NOTICE of Attorney Appearance by Tyson Richard Woodford on behalf of Bitmain Technologies Georgia Limited (Woodford, Tyson) (Entered: 12/11/2023) |
| 12/13/2023 | 78 | RETURN of Subpoena upon James Quid on December 8, 2023 by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc (Larson, Sean) (Entered: 12/13/2023) |
| 12/13/2023 | 79 | ANSWER to 50 Amended Complaint with Affirmative Defenses by Bitmain Technologies Georgia Limited. (Lenhart, Khale) (Entered: 12/13/2023) |
| 12/13/2023 | 80 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Marc Feinstein; William K. Pao to appear pro hac vice; Check not tendered; filed by Defendant Bitmain Technologies Georgia Limited. (Attachments: # 1 Exhibit Declaration of Marc Feinstein, # 2 Exhibit Declaration of William K. Pao, # 3 Proposed Order)(Lenhart, Khale) (Entered: 12/13/2023) |
| 12/13/2023 | 81 | MOTION to Set Aside 69 Default filed by Defendant Bitmain Technologies Georgia Limited. (Lenhart, Khale) (Entered: 12/13/2023) |
| 12/13/2023 | 82 | MEMORANDUM in Support of 81 Motion to Set Aside filed by Defendant Bitmain Technologies Georgia Limited. (Attachments: # 1 Exhibit Declaration of Ailan Liu, # 2 Exhibit Declaration of Yiliang Guo−12/8/23, # 3 Exhibit Declaration of Yiliang Guo − 12/12/23, # 4 Exhibit Declaration of Marc Feinstein, # 5 Exhibit Declaration of Khale Lenhart) (Lenhart, Khale) (Entered: 12/13/2023) |
| 12/13/2023 | 83 | ORDER by the Honorable Kelly H. Rankin granting 80 MOTION for Marc Feinstein and William K. Pao to appear pro hac vice on behalf of Defendant Bitmain Technologies Georgia Limited (Order emailed to phv counsel on this date) (Court Staff, sbh) (Entered: 12/13/2023) |
| 12/13/2023 | 84 | NOTICE of complexity by Defendant Bitmain Technologies Georgia Limited; this case is non−complex. (Lenhart, Khale) (Entered: 12/13/2023) |
| 12/13/2023 | 85 | CORPORATE DISCLOSURE filed by Bitmain Technologies Georgia Limited, identifying Corporate Parent Bitmain Technologies Holding Company, Corporate Parent Bitmain Delaware Holding Company Inc, Corporate Parent Bitmain Switzerland AG, Corporate Parent Bitmain Technologies Limited for Bitmain Technologies Georgia Limited. (Lenhart, Khale) (Entered: 12/13/2023) |

| 12/14/2023 | 86 | Notice of Pro Hac Vice Attorney Appearance by Marc Feinstein on behalf of Bitmain Technologies Georgia Limited (Filing fee $ 100, receipt number AWYDC−2355515) (Feinstein, Marc) (Entered: 12/14/2023) |
|---|---|---|
| 12/14/2023 | 87 | Notice of Pro Hac Vice Attorney Appearance by William Pao on behalf of Bitmain Technologies Georgia Limited (Filing fee $ 100, receipt number AWYDC−2355558) (Pao, William) (Entered: 12/14/2023) |
| 12/14/2023 | 88 | RETURN of Subpoena *Duces Tecum* by Plaintiff BCB Cheyenne LLC upon Chimera Brooks of Registered Agent The Corporation Trust Company for Crypto Cache LLC on 12/11/23. (Attachments: # 1 Affidavit of Service) (Murphy, Patrick) (Main Document 88 flattened and replaced on 12/15/2023) (Court Staff, stmo). Modified text on 12/15/2023 (Court Staff, stmo). (Entered: 12/14/2023) |
| 12/14/2023 | 89 | RETURN of Subpoena *Duces Tecum* by Plaintiff BCB Cheyenne LLC upon Heather Stewart as Controller at Registered Agent Corp 1 Inc for Terra Global Asset Management Holdings LLC on 12/11/23. (Attachments: # 1 Affidavit of Service) (Murphy, Patrick) (Entered: 12/14/2023) |
| 12/14/2023 | 90 | RETURN of Subpoena *Duces Tecum* by Plaintiff BCB Cheyenne LLC upon Heather Stewart as Controller at Registered Agent Corp 1 Inc for Universal Capital Holdings Group Inc on 12/11/23. (Attachments: # 1 Affidavit of Service) (Murphy, Patrick) (Entered: 12/14/2023) |
| 12/15/2023 | 91 | RETURN of Subpoena *Duces Tecum* by Plaintiff BCB Cheyenne LLC upon Affie Ellis on 12/14/23. (Attachments: # 1 Affidavit of Service) (Murphy, Patrick) (Main Document 91 flattened and replaced on 12/15/2023) (Court Staff, stmo). Modified text on 12/15/2023 (Court Staff, stmo). (Entered: 12/15/2023) |
| 12/15/2023 | 92 | RETURN of Subpoena *Duces Tecum* by Plaintiff BCB Cheyenne LLC upon Anthony Apollo on 12/14/23. (Attachments: # 1 Affidavit of Service) (Murphy, Patrick) (Main Document 92 flattened and replaced on 12/15/2023) (Court Staff, stmo). Modified text on 12/15/2023 (Court Staff, stmo). (Entered: 12/15/2023) |
| 12/19/2023 | 93 | RETURN of Subpoena by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. (Larson, Sean) (Entered: 12/19/2023) |
| 12/21/2023 | 94 | RESPONSE and Opposition to 81 Motion to Set Aside filed by Plaintiff BCB Cheyenne LLC. (Murray, Scott) Modified text on 12/28/2023 (Court Staff, stmo). (Entered: 12/21/2023) |
| 12/21/2023 | 95 | MEMORANDUM in Opposition to 81 MOTION to Set Aside 69 Default filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Affidavit Affidavit of Patrick Murphy, # 2 Supplement Disclosure of Sean Murphy, # 3 Exhibit Recording of 3/7/23 Call) (Murray, Scott) (Entered: 12/21/2023) |
| 12/27/2023 | 96 | NOTICE *Service − Subpoena to Desrochers* by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc (Attachments: # 1 Subpoena, # 2 Exhibit A) (Larson, Sean) Modified text on 12/28/2023 (Court Staff, sbh). (Entered: 12/27/2023) |
| 12/27/2023 | 97 | |

| | | |
|---|---|---|
| | | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin. On December 27, 2023, the Court held an informal telephonic discovery conference to discuss Defendant Bitmain Technologies Georgia Limited's concerns with Plaintiff's Opposition to Set Aside 94 . After hearing from the parties, the Court granted Defendant permission to formally brief the issue. Plaintiff may file a motion of no more than five pages by December 28, 2023, with an up to five−page response to be field by January 2, 2024, with a three page reply by January 5, 2024. (Court Staff, sjgc) (Entered: 12/27/2023) |
| 12/28/2023 | 98 | REPLY to 94 Response and Opposition filed by Defendant Bitmain Technologies Georgia Limited. (Attachments: # 1 Exhibit) (Lenhart, Khale) Modified text on 12/28/2023 (Court Staff, stmo). (Entered: 12/28/2023) |
| 12/28/2023 | 99 | MOTION REFERRED TO Judge Kelly H Rankin MOTION to Strike 95 Plaintiff's Response Memorandum in Opposition to Defendant Bitmain Technologies Georgia Limited's Motion to Set Aside the Entry of Default filed by Defendant Bitmain Technologies Georgia Limited. (Attachments: # 1 Proposed Order)(Lenhart, Khale) Modified text on 12/28/2023 (Court Staff, stmo). Modified on 1/4/2024 (Court Staff, sjdl). (Entered: 12/28/2023) |
| 01/02/2024 | 100 | RESPONSE to 99 Motion to Strike filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A) (Murray, Scott) (Entered: 01/02/2024) |
| 01/03/2024 | 101 | NOTICE *SERVICE OF SUBPOENA DUCES TECUM* by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc (Attachments: # 1 Subpoena, # 2 Exhibit A) (Larson, Sean) Modified text on 1/3/2024 (Court Staff, stmo). (Entered: 01/03/2024) |
| 01/04/2024 | | Motions No Longer Referred: 99 MOTION to Strike 95 Memorandum in Opposition to Motion, Plaintiff's Response Memorandum in Opposition to Defendant Bitmain Technologies Georgia Limited's Motion to Set Aside the Entry of Default (Court Staff, sjdl) (Entered: 01/04/2024) |
| 01/05/2024 | 102 | REPLY to 100 Response filed by Defendant Bitmain Technologies Georgia Limited. (Lenhart, Khale) (Entered: 01/05/2024) |
| 01/10/2024 | 103 | ORDER Setting Aside Default Against Defendant Bitmain Technologies Georgia Limited by the Honorable Alan B. Johnson granting 81 Motion to Set Aside Entry of Default, finding as moot 99 Motion to Strike. The 69 Entry of Default against Defendant is VACATED. (Court Staff, sbh) (Entered: 01/10/2024) |
| 01/10/2024 | 104 | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin. The Court held an informal discovery conference regarding two subpoenas issued by Defendant MineOne Wyoming Data Center LLC over jurisdictional issues. Plaintiff objected to the subpoenas, arguing the time allowed by Judge Johnson for jurisdictional discovery had passed. The Court overruled Plaintiff's objections, agreeing with Defendant's interpretation of Judge Johnson's statements from the initial pretrial conference. James Quid has been served with a subpoena and shall respond within 14 days. Tim Desrochers is expected to be served soon and will respond within 14 days of service. All other jurisdictional discovery shall be served by February 23, 2024. (Court Staff, sjdl) (Entered: 01/10/2024) |
| 01/17/2024 | 105 | RETURN of Subpoena by Defendants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter |

| | | |
|---|---|---|
| | | Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc upon Tim Desrochers on 1/15/2024. (Larson, Sean) (Entered: 01/17/2024) |
| 01/18/2024 | 106 | NOTICE *of Intent to Serve First Amended Subpoena Duces Tecum* by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Exhibit A) (Murphy, Patrick) (Attachment 1 flattened and replaced on 1/18/2024) (Court Staff, stmo). Modified text on 1/18/2024 (Court Staff, stmo). (Entered: 01/18/2024) |
| 01/24/2024 | 107 | NOTICE *of Withdrawal of Subpoenas* by Plaintiff BCB Cheyenne LLC (Murphy, Patrick) (Entered: 01/24/2024) |
| 01/24/2024 | 108 | NOTICE *of Compliance with Records Subpoena by Respondent James Quid* by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Exhibit 1 and 2) (Murphy, Patrick) (Entered: 01/24/2024) |
| 01/24/2024 | 109 | NOTICE *of Records Subpoena with Amended Exhibit A to Jared Olsen* by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Exhibit Records Subpoena with Amended Exhibit A) (Murphy, Patrick) (Attachment 1 flattened and replaced on 1/25/2024) (Court Staff, stmo). Modified text on 1/25/2024 (Court Staff, stmo). (Entered: 01/24/2024) |
| 01/29/2024 | 110 | NOTICE *of Compliance with Records Subpoena by Respondent Tim Desrochers* by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Murphy, Patrick) (Entered: 01/29/2024) |
| 02/03/2024 | 111 | RETURN of Subpoena *for Records* by Plaintiff BCB Cheyenne LLC upon Jared Olsen on 2/1/2024. (Murphy, Patrick) (Entered: 02/03/2024) |
| 02/08/2024 | 112 | STIPULATION re 74 Order on Motion for Protective Order by Bitmain Technologies Georgia Limited. (Lenhart, Khale) (Entered: 02/08/2024) |
| 02/09/2024 | 113 | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin. The Court held an informal discovery conference on 2/8/2024 to address a number of concerns raised by Plaintiff. Those concerns primarily relate to Request for Production numbers 2, 3, 4, 6, 35, 36, and 39 that Plaintiff served Defendant MineOne in December 2023 and a request for additional interrogatories in excess of the 25 allowed under Fed. R. Civ. P. 33(a)(1). Defendant MineOne represented it would be prepared to answer Request for Production numbers 2, 3, and 4 on or before 2/18/2024; that it had fully responded to Request for Production number 6; would supplement its answers to Request for Production numbers 35, 36, and 39 on or before 2/14/2024; and objected to the number and breadth of additional interrogatories Plaintiff seeks. MineOne additionally raised an issue regarding the identity of a person that Plaintiff has knowledge of, containing information it wishes to subpoena. Plaintiff stated it has objections but would respond to the request for the identity on or before 2/12/2024. The Court directed the parties to respond to the respective requests within the dates provided, to include any objections each party may have. It further ordered the parties to confer on the interrogatory number and breadth issue by phone or videoconference. If such conferral is unsuccessful, Plaintiff may file a motion to compel and for additional interrogatories. (Court Staff, sjdl) (Entered: 02/09/2024) |
| 02/09/2024 | 114 | NOTICE *of Service of Subpoena to Testify at Deposition* by Counter Claimants/Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Attachments: # 1 Deposition Subpoena) (Larson, Sean) Modified text on 2/12/2024 (Court Staff, stmo). (Entered: 02/09/2024) |

| 02/09/2024 | 115 | NOTICE *of Service of Subpoena to Produce Documents* by Counter Claimants/Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Attachments: # 1 Subpoena, # 2 Exhibit Ex. A) (Larson, Sean) Modified text on 2/12/2024 (Court Staff, stmo). (Entered: 02/09/2024) |
| --- | --- | --- |
| 02/12/2024 | 116 | NOTICE *of Service of Subpoena to Produce Documents* by Counter Claimants/Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Attachments: # 1 Subpoena Duce Tecum, # 2 Exhibit Ex. A) (Larson, Sean) Modified text on 2/12/2024 (Court Staff, stmo). (Entered: 02/12/2024) |
| 02/21/2024 | 117 | NOTICE of Attorney Appearance by Meggan Hathaway on behalf of Bit Origin Ltd, SonicHash LLC (Hathaway, Meggan) (Entered: 02/21/2024) |
| 02/21/2024 | 118 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Marc S. Gottlieb to appear pro hac vice; Check tendered; filed by Defendants Bit Origin Ltd, SonicHash LLC, Counter Claimants Bit Origin Ltd, SonicHash LLC. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hathaway, Meggan) (Attachment 1 flattened and replaced on 2/21/2024) (Court Staff, stmo). Modified text on 2/21/2024 (Court Staff, stmo). (Entered: 02/21/2024) |
| 02/21/2024 | 119 | NOTICE of Attorney Appearance by Jane Marie France on behalf of Bit Origin Ltd, SonicHash LLC (France, Jane) (Entered: 02/21/2024) |
| 02/21/2024 | 120 | ORDER by the Honorable Kelly H. Rankin granting 118 MOTION for Marc S. Gottlieb to appear pro hac vice on behalf of Defendants and Counter Claimants Bit Origin Ltd, SonicHash LLC (Order emailed to phv counsel on this date) (Court Staff, sbh) (Entered: 02/21/2024) |
| 02/21/2024 | | FINANCIAL ENTRY: PAYMENT OF $100 RECEIVED FOR PRO HAC VICE FEE FOR MARC S. GOTTLIEB RECEIPT 2−2726 (Court Staff, smek) (Entered: 02/21/2024) |
| 02/22/2024 | 121 | NOTICE *of Withdrawal as Counsel* by Bit Origin Ltd, SonicHash LLC (Hartman, Kari) Modified filers and text on 2/26/2024 (Court Staff, sbh). (Entered: 02/22/2024) |
| 02/22/2024 | 122 | RETURN of unexecuted Subpoenas Duces Tecum (3) *upon Timothy Desrochers (posted to door)* by Counter Claimants/Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Hartman, Kari) Modified text on 2/23/2024 (Court Staff, stmo). (Entered: 02/22/2024) |
| 02/23/2024 | 123 | ~~MOTION REFERRED TO Judge Kelly H Rankin~~ MOTION to Vacate Order on Initial Pretrial Conference and Set a New Scheduling Conference filed by Defendant Bitmain Technologies Georgia Limited. (Attachments: # 1 Proposed Order) (Lenhart, Khale) Modified on 2/23/2024 (Court Staff, ssw). Termed on 4/25/2024 (Court Staff, sbh). (Entered: 02/23/2024) |
| 02/23/2024 | | Motions No Longer Referred: 123 MOTION to Vacate Order on Initial Pretrial Conference and Set a New Scheduling Conference (Court Staff, ssw) (Entered: 02/23/2024) |
| 02/23/2024 | 124 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION to Compel *Discovery from Defendants MineOne and Terra Crypto* filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, #~~(5)~~ DISREGARD − To be Refiled ~~Exhibit 5~~ #~~(6)~~ DISREGARD − To be Refiled ~~Exhibit 6~~ # 7 Exhibit 7, # 8 Proposed Order) (Murphy, Patrick) Modified on 2/27/2024 (Court Staff, sbh). (Entered: 02/23/2024) |

| 02/23/2024 | 125 | ~~MOTION REFERRED TO Judge Kelly H Rankin~~ MOTION to Vacate Scheduling Order filed by Defendants Bit Origin Ltd, SonicHash LLC, Counter Claimants Bit Origin Ltd, SonicHash LLC. (Attachments: # 1 Proposed Order) (Hathaway, Meggan) Modified on 2/26/2024 (Court Staff, ssw). Termed on 4/25/2024 (Court Staff, sbh). (Entered: 02/23/2024) |
| --- | --- | --- |
| 02/26/2024 | | Motions No Longer Referred: 125 MOTION to Vacate Scheduling Order. (Court Staff, ssw) (Entered: 02/26/2024) |
| 02/26/2024 | 126 | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin. The Court held an informal conference regarding the ongoing jurisdictional discovery issues in this case. After hearing argument from counsel, the Court granted an additional 21 days for Defendant MineOne to serve any subpoenas or other discovery requests relating to the jurisdictional issues. Defendant MineOne shall work to narrow its requests to conform with the scope and proportionality of discovery allowed under Rule 26. Following service, any objections can be made at a further conference call with the Court or by filing a motion to quash. Expert Disclosure deadlines are stayed until Judge Johnson rules on the pending motions to vacate the scheduling order. (Court Staff, sjdl) (Entered: 02/26/2024) |
| 02/28/2024 | 127 | NOTICE *for Service of Subpoena to Testify at Deposition* by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Attachments: # 1 Subpoena to Testify at a Deposition) (Larson, Sean) (Entered: 02/28/2024) |
| 02/28/2024 | 128 | NOTICE *of Service of Subpoena to Produce Documents* by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Attachments: # 1 Subpoena to Produce Documents) (Larson, Sean) (Entered: 02/28/2024) |
| 02/29/2024 | 129 | Notice of Pro Hac Vice Attorney Appearance by Marc S Gottlieb, I on behalf of Bit Origin Ltd (Gottlieb, Marc) (Entered: 02/29/2024) |
| 02/29/2024 | 130 | Notice of Pro Hac Vice Attorney Appearance by Marc S Gottlieb, I on behalf of SonicHash LLC (Gottlieb, Marc) (Entered: 02/29/2024) |
| 02/29/2024 | 131 | (TEXT−ONLY) NOTICE of Hearing: VIA ZOOM − <br><br> NOTE: <br><br> 1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely;the Zoom ID and Passcode will be provided separately to the participants email address of record. <br><br> 2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues. <br><br> 3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking. <br><br> ***REMINDER: Recording or broadcasting of this hearing is prohibited. *** |

| | | |
|---|---|---|
| | | **Status Conference set for 3/14/2024 at 1:30 PM before Honorable Alan B Johnson.** (Court Staff, ssw) (Entered: 02/29/2024) |
| 02/29/2024 | 132 | ERRATA re 124 MOTION to Compel *Discovery from Defendants MineOne and Terra Crypto* by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit 5 (Revised), # 2 Exhibit 6 (Revised)) (Murphy, Patrick) (Entered: 02/29/2024) |
| 03/01/2024 | 133 | REQUEST for Hearing on 124 Plaintiff's Motion to Compel Discovery by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Proposed Order) (Hartman, Kari) Modified link and text on 3/4/2024 (Court Staff, stmo). Modified text on 3/4/2024 (Court Staff, sbh). (Entered: 03/01/2024) |
| 03/04/2024 | 134 | (TEXT−ONLY) NOTICE of Hearing (1 Hour) on 124 MOTION to Compel *Discovery from Defendants MineOne and Terra Crypto* VIA ZOOM −<br><br>NOTE:<br><br>1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record.<br><br>2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues.<br><br>3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking.<br><br>***REMINDER: Recording or broadcasting of this hearing is prohibited. ***<br><br>**Motion Hearing set for 3/21/2024 at 02:00 PM before Honorable Kelly H Rankin.** (Court Staff, smxb) (Entered: 03/04/2024) |
| 03/06/2024 | 135 | Notice Vacating Hearing: Status Conference set for 3/14/2024 at 1:30 PM before Honorable Alan B Johnson is VACATED and will be reset after the Motion Hearing currently set for 3/21/24 before Honorable Kelly Rankin. (Court Staff, ssw) (Entered: 03/06/2024) |
| 03/07/2024 | 136 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for David Iden, Sherin Parikh, Kaitie Farrell to appear pro hac vice; Check not tendered; filed by Defendant Bitmain Technologies Georgia Limited. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Proposed Order)(Lenhart, Khale) (Entered: 03/07/2024) |
| 03/07/2024 | 137 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Extension of Time (Non−Dispositive) requesting extension of of time to respond to Plaintiffs Motion to Compel Discovery filed by Counter Claimants/Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Proposed Order)(Hartman, Kari) Modified text on 3/8/2024 (Court Staff, stmo). (Entered: 03/07/2024) |
| 03/08/2024 | 138 | |

| | | |
|---|---|---|
| | | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin granting 137 Motion for Extension of Time. Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. have up to and including March 13, 2024 in which to respond to Plaintiff's 124 Motion to Compel. (Court Staff, sjgc) (Entered: 03/08/2024) |
| 03/08/2024 | 139 | ORDER by the Honorable Kelly H. Rankin granting 136 MOTION for David Iden, Sherin Parikh and Kaitie Farrell to appear pro hac vice on behalf of Defendant Bitmain Technologies Georgia Limited (Order emailed to phv counsel on this date) (Court Staff, sbh) (Entered: 03/08/2024) |
| 03/08/2024 | 140 | RESPONSE in Opposition re 123 MOTION to Vacate Order on Initial Pretrial Conference and Set a New Scheduling Conference filed by Counter Defendant BCB Cheyenne LLC. (Murphy, Patrick) (Entered: 03/08/2024) |
| 03/08/2024 | 141 | Notice of Pro Hac Vice Attorney Appearance by Kaitlyn Farrell on behalf of Bitmain Technologies Georgia Limited (Farrell, Kaitlyn) (Entered: 03/08/2024) |
| 03/08/2024 | 142 | Notice of Pro Hac Vice Attorney Appearance by David Iden on behalf of Bitmain Technologies Georgia Limited (Iden, David) (Entered: 03/08/2024) |
| 03/08/2024 | 143 | Notice of Pro Hac Vice Attorney Appearance by Sherin Parikh on behalf of Bitmain Technologies Georgia Limited (Parikh, Sherin) (Entered: 03/08/2024) |
| 03/11/2024 | 144 | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin. The Court has received written communications from counsel relating to the February 26, 2024, discovery conference and their attempt to resolve the issue without Court intervention. Because the parties have not reached an agreement, they shall submit simultaneous briefing on or before March 18, 2024, regarding the outstanding jurisdictional discovery issues. (Court Staff, sjdl) (Entered: 03/11/2024) |
| 03/13/2024 | 145 | OPPOSITION to 124 Motion to Compel filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit A − 2024−02−07 − Response to P. Murphy 1−24−24 Deficiency Letters, # 2 Exhibit B − 2.11.24 Email, # 3 Exhibit C − 2024−02−21 − Response to P. Murphy 2−15−24 Objections Letter, # 4 Exhibit D − (Murphy 2.25.24 email), # 5 Exhibit E − 2024−02−26 email re Informal Discovery Call re_ BCB v. MineOne et al., # 6 Affidavit Declaration of Alex Inman − Opposition to Plaintiff's Motion to Compel, # 7 Exhibit Inman Decl. Ex. A − 2024−02−16 A. Inman email, # 8 Exhibit Inman Decl. Ex. B − BCB v MineOne et al − MineOne Defendants' Supplemental Document Production) (Larson, Sean) Modified text on 3/14/2024 (Court Staff, stmo). (Entered: 03/13/2024) |
| 03/15/2024 | 146 | REPLY to 140 Response in Opposition to Motion filed by Defendant Bitmain Technologies Georgia Limited. (Lenhart, Khale) (Entered: 03/15/2024) |
| 03/15/2024 | 147 | NOTICE OF JOINDER in 125 Motion to Vacate, 123 Motion to Vacate by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Larson, Sean) Modified text on 3/15/2024 (Court Staff, stmo). (Entered: 03/15/2024) |
| 03/18/2024 | 148 | *Supplemental* BRIEF *Regarding Jurisdictional Discovery* filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, |

|  |  | Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit A − 2023−12−13 − MineOne's AMENDED 1st Set of Doc. Req. to Plaintiff, # 2 Exhibit B − Email re Rush Service, # 3 Exhibit C − Email re Service on Tim_Redacted, # 4 Exhibit D − 2024−02−28 − Doc. 128 − NOTICE & Subpoena, # 5 Exhibit E − FRS Status email as of 3−13−2024, # 6 Exhibit F − FRS Status email as of 3−15−2024, # 7 Exhibit G − 2024−03−05 − P. Murphy letter, # 8 Exhibit H − 2024−03−08 − P. Murphy letter) (Larson, Sean) Modified text on 3/20/2024 (Court Staff, stmo). (Entered: 03/18/2024) |
| 03/18/2024 | 149 | BRIEF *on the Limited Scope and Extent of Any Jurisdictional Discovery* filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Murphy, Patrick) (Entered: 03/18/2024) |
| 03/18/2024 | 150 | MEMORANDUM on Limited Discovery re (144) Order filed by Defendants/Counter Claimants Bit Origin Ltd, SonicHash LLC (Gottlieb, Marc) Modified text on 3/20/2024 (Court Staff, stmo). Added filer and modified text on 3/20/2024 (Court Staff, sbh). (Entered: 03/18/2024) |
| 03/21/2024 | 151 | Designation of Expert Witnesses by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Murphy, Patrick) (Entered: 03/21/2024) |
| 03/21/2024 | 152 | MINUTES for proceedings held before District Judge Kelly H Rankin: Court heard arguments from parties regarding the pending motion to compel 124 . Written guidance to be provided by the Court. Motion Hearing held on 3/21/2024. (Court Reporter Jan Davis.) (Court Staff, smxb) (Entered: 03/22/2024) |
| 03/25/2024 | 153 | RETURN of Unexecuted Subpoena *upon Timothy Desrochers non−served* by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Hartman, Kari) Modified text on 3/26/2024 (Court Staff, stmo). Modified text on 4/1/2024 (Court Staff, sbh). (Entered: 03/25/2024) |
| 03/27/2024 | 154 | ORDER by the District Judge Kelly H Rankin ON PLAINTIFF'S 124 MOTION TO COMPEL AND JURISDICTIONAL DISCOVERY BRIEFING. Having heard oral argument on the Motion to Compel and reviewed the briefing on jurisdictional discovery, the Court grants the Motion to Compel in Part, grants alternative service, and orders jurisdictional discovery to proceed as described in the attached Order. (Court Staff, sjgc) Added link to docket text on 4/1/2024 (Court Staff, sbh). (Entered: 03/27/2024) |
| 04/09/2024 |  | FINANCIAL ENTRY: $100 Pro Hac Vice Fee Paid (Receipt #2−2923 for the total amount received of $300) on behalf of David Iden, Sherin Parikh, and Kaitie Farrell. (Court Staff, stmo) (Entered: 04/09/2024) |
| 04/10/2024 | 155 | APPEAL OF MAGISTRATE ORDER re 154 Order on Motion to Compel by BCB Cheyenne LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Murphy, Patrick) Modified text on 4/10/2024 (Court Staff, stmo). Modified text on 4/10/2024 (Court Staff, sbh). (Entered: 04/10/2024) |
| 04/11/2024 | 156 | ORDER by the Honorable Alan B. Johnson denying without prejudice 155 Appeal of Magistrate Order. Plaintiff may renew its appeal as a motion for reconsideration before Judge Rankin. (Court Staff, sbh) (Entered: 04/11/2024) |
| 04/11/2024 | 157 | (TEXT−ONLY) NOTICE of Hearing on 125 MOTION to Vacate Scheduling Order, 123 MOTION to Vacate Order on Initial Pretrial Conference and Set a New |

|  |  | Scheduling Conference VIA ZOOM −<br><br>NOTE:<br><br>1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely;the Zoom ID and Passcode will be provided separately to the participants email address of record.<br><br>2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues.<br><br>3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking.<br><br>***REMINDER: Recording or broadcasting of this hearing is prohibited. ***<br><br>**Motion Hearing set for 4/25/2024 at 1:30 PM before Honorable Alan B Johnson.** (Court Staff, ssw) (Entered: 04/11/2024) |
| 04/11/2024 | 158 | MOTION for Reconsideration re 154 Order on Motion to Compel filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Murphy, Patrick) (Entered: 04/11/2024) |
| 04/17/2024 | 159 | (TEXT−ONLY) ORDER by the US Magistrate Judge Stephanie A Hambrick. On April 16, 2024, the Court held an informal telephonic discovery conference to discuss issues surrounding the deposition of non−party, Tim Desrochers, which had been set for Wednesday, April 17, 2024, upon notice by Defendant MineOne Wyoming Data Center LLC. Defendants wished to reset the deposition after requests by Plaintiff to limit the scope of the deposition. After hearing from the parties, the Court granted the Defendants request and reset the deposition for Tuesday April 23, 2024, beginning at 8:00 or 9:00 a.m., Plaintiffs choice. The Court further ordered that the deposition shall be limited in scope to matters solely related to jurisdiction. The deposition shall be set for seven (7) hours. Defendants, collectively, are allocated five (5) hours total and Plaintiff shall be allocated two (2) hours of cross examination. The deposition is not to be reset or cancelled without permission from the Court. (Court Staff, sjlw) (Entered: 04/17/2024) |
| 04/17/2024 | 160 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Daniel Hirsch to appear pro hac vice; Check not tendered; filed by Defendant Bitmain Technologies Georgia Limited. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Lenhart, Khale) (Entered: 04/17/2024) |
| 04/17/2024 | 161 | ORDER by the US Magistrate Judge Stephanie A. Hambrick granting 160 MOTION for Daniel Hirsch to appear pro hac vice on behalf of Defendant Bitmain Technologies Georgia Limited (Order emailed to phv counsel on this date) (Court Staff, sbh) (Entered: 04/17/2024) |
| 04/18/2024 | 162 | Notice of Pro Hac Vice Attorney Appearance by Daniel Hirsch on behalf of Bitmain Technologies Georgia Limited (Filing fee $ 100, receipt number AWYDC−2416650) (Hirsch, Daniel) (Entered: 04/18/2024) |
| 04/25/2024 | 163 | MINUTES for proceedings held before Honorable Alan B. Johnson: Motion Hearing held on 4/25/2024 (Court Reporter: Melanie Sonntag) (Court Staff, sbh) (Entered: |

| | | 04/25/2024) |
|---|---|---|
| 04/25/2024 | 164 | REVISED SCHEDULING ORDER by the Honorable Alan B. Johnson. Rule 12(b) Motions to Dismiss filing deadline 5/10/2024. Responses due by 5/17/2024. **Hearing on Rule 12(b) Motions to Dismiss set for 5/22/2024 10:30 AM by ZOOM before Honorable Alan B. Johnson.** Expert Witness Designation−Defendant deadline 7/15/2024. Discovery due by 9/17/2024. Dispositive Motions filing deadline 10/4/2024. Dispositive Motion response deadline 10/18/2024. Replies due by 10/25/2024. All Other Pretrial Motions deadline 10/18/2024. All Other Pretrial Motions Response Deadline 11/1/2024. All Other Pretrial Motions Reply Deadline 11/8/2024. Joint Final Pretrial Memorandum due by 11/8/2024. Motion in Limine deadline 11/8/2024. Motions in Limine Response Deadline 11/22/2024. Motions in Limine Reply Deadline 12/2/2024. Mediation Deadline 10/30/2024. **Final Pretrial Conference set for 1/10/2025 09:30 AM in Cheyenne Courtroom No. 2 (Room No. 2116) before Honorable Alan B. Johnson.** **10−day Bench Trial set for 1/27/2025 09:30 AM in Cheyenne Courtroom No. 2 (Room No. 2116) before Honorable Alan B. Johnson.** (Court Staff, sbh) (Entered: 04/25/2024) |
| 04/25/2024 | 165 | OPPOSITION to 158 Motion for Reconsideration filed by Defendants MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Inman, Alex) (Entered: 04/25/2024) |
| 04/26/2024 | 166 | NOTICE of Service of Subpoenas by Defendants/Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Attachments: # 1 Subpoena− The Accounting Factor, # 2 Subpoena−Orange Theory, # 3 Subpoena− Progressive Ins) (Larson, Sean) Modified filers and text on 4/29/2024 (Court Staff, stmo). Modified text on 4/29/2024 (Court Staff, sbh). (Entered: 04/26/2024) |
| 05/01/2024 | 167 | RETURN of Subpoena *Orange Theory* upon Lindsey Kinniburgh Manager of Orange Theory on April 30, 2024 by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Larson, Sean) (Entered: 05/01/2024) |
| 05/02/2024 | 168 | REPLY BRIEF to 165 Opposition re 154 *Judge Rankin's Order on Plaintiff's Motion to Compel* filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A − Non−Public, # 2 Exhibit B − Non−Public, # 3 Exhibit C, # 4 Exhibit D − Non−Public, # 5 Exhibit E − Non−Public, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H − Non−Public) (Murphy, Patrick) Modified link and text on 5/2/2024 (Court Staff, stmo). Modified text on 5/3/2024 (Court Staff, sbh). (Entered: 05/02/2024) |
| 05/02/2024 | 169 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − EXHIBITS A, B, D, E and H in reference to 168 Reply Brief filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit H) (Murphy, Patrick) Modified text on 5/3/2024 (Court Staff, sbh). (Entered: 05/02/2024) |
| 05/06/2024 | 170 | RETURN of Subpoena Duces Tecum on *Progressive Casualty Insurance Company* upon Mikayla Kranzusch of CT Corp on April 30, 2024 by Defendants/Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Larson, Sean) Modified text on 5/6/2024 (Court Staff, stmo). Modified |

| | | text on 5/7/2024 (Court Staff, sbh). Modified text on 5/9/2024 (Court Staff, stmo). (Entered: 05/06/2024) |
|---|---|---|
| 05/07/2024 | 171 | ORDER by the District Judge Kelly H Rankin. Defendant MineOne shall produce the July 27, 2023, Loan and Security Agreement to the Court for in camera review as soon as possible, but no later than May 13, 2024. (Court Staff, sjdl) (Entered: 05/07/2024) |
| 05/08/2024 | 172 | NOTICE of Compliance with Court Order and Unopposed MOTION to File Documents as Non−Public by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2) (Murphy, Patrick) Modified to add requested motion relief on 5/8/2024 (Court Staff, sbh). (Entered: 05/08/2024) |
| 05/09/2024 | 173 | RETURN of Subpoena Duces Tecum *The Accounting Factor* upon Peng Lim Legal Agent for The Accounting Factor on 05/06/2024 by Defendants/Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Larson, Sean) Modified text on 5/9/2024 (Court Staff, stmo). (Entered: 05/09/2024) |
| 05/09/2024 | 174 | ORDER by the Honorable Alan B. Johnson granting 172 Motion to File Non−Public Documents. Deposition, deposition exhibits and jurisdictional documents and memoranda may be filed as non−public. (Court Staff, sbh) (Entered: 05/09/2024) |
| 05/10/2024 | 175 | MOTION to Dismiss for Lack of Jurisdiction filed by Defendants Bit Origin Ltd, SonicHash LLC. (Hathaway, Meggan) Modified event on 5/13/2024 (Court Staff, sbh). (Entered: 05/10/2024) |
| 05/10/2024 | 176 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − MEMORANDUM in Support of 175 Motion to Dismiss/Lack of Jurisdiction filed by Defendants Bit Origin Ltd, SonicHash LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L) (Hathaway, Meggan) Modified text on 5/13/2024 (Court Staff, sbh). (Attachments 1−10 and Attachment 12 flattened and replaced on 5/14/2024) (Court Staff, stmo). Modified text on 5/14/2024 (Court Staff, stmo). (Entered: 05/10/2024) |
| 05/10/2024 | 177 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − EXHIBIT M and EXHIBITS N − W in reference to 176 Memorandum in Support of Motion filed by Defendants Bit Origin Ltd, SonicHash LLC. (Attachments: # 1 Exhibit N, # 2 Exhibit O, # 3 Exhibit P, # 4 Exhibit Q, # 5 Exhibit R, # 6 Exhibit S, # 7 Exhibit T, # 8 Exhibit U, # 9 Exhibit V, # 10 Exhibit W) (Hathaway, Meggan) Modified text on 5/13/2024 (Court Staff, sbh). (Main Document 177 and Attachments 1−4 and 6−10 flattened and replaced on 5/15/2024) (Court Staff, stmo). Modified text on 5/15/2024 (Court Staff, stmo). (Entered: 05/10/2024) |
| 05/10/2024 | 178 | MOTION to Dismiss for Lack of Jurisdiction filed by Defendants/Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Larson, Sean) Modified text on 5/14/2024 (Court Staff, stmo). (Entered: 05/10/2024) |
| 05/10/2024 | 179 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − MEMORANDUM in Support of 178 Motion to Dismiss/Lack of Jurisdiction filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit 1 − Desrochers Deposition, # 2 Exhibit 2 − 2023−03−16 − Chancery Ct Complant, # 3 |

| | | |
|---|---|---|
| | | Exhibit 3 − 2023−08−08 − email to Murphy, # <u>4</u> Exhibit 4 − 2023−08−12 − email to Murphy, # <u>5</u> Exhibit 5 − 2023−12−11 − P. Murphy letter to S. Larson, # <u>6</u> Exhibit 6 − 2024−01−09 − Murphy email to Court, # <u>7</u> Exhibit 7 − 2024−01−12 − Murphy email re Subpoena − Desrochers, # <u>8</u> Exhibit 8 − 2024−02−12 − BCB and Tim Desrochers Objections, # <u>9</u> Exhibit 9 − 2024−02−15 Murphy email & letter, # <u>10</u> Exhibit 10 − Desrochers_5, # <u>11</u> Exhibit 11 − Desrochers_22, # <u>12</u> Exhibit 12 − Kia Spectra ownership, # <u>13</u> Exhibit 13 − DESROCHERS 00596, # <u>14</u> Exhibit 14 − DESROCHERS 00380, # <u>15</u> Exhibit 15 − DESROCHERS 00253 − REVISED, # <u>16</u> Exhibit 16 − Desrochers_25 − REDACTED, # <u>17</u> Exhibit 17 − Desrochers_18−19, # <u>18</u> Exhibit 18 − Desrochers_9, # <u>19</u> Exhibit 19 − Desrochers_10_12 − REVISED, # <u>20</u> Exhibit 20 − DESROCHERS 00379_536, # <u>21</u> Exhibit 21 − DESROCHERS 00637, # <u>22</u> Exhibit 22 − DESROCHERS 00312, # <u>23</u> Exhibit 23 − DESROCHERS 00305, # <u>24</u> Exhibit 24 − DESROCHERS 00538_598_601, # <u>25</u> Exhibit 25 − Desrochers_16, # <u>26</u> Exhibit 26 − Desrochers_13, # <u>27</u> Exhibit 27 − Ally Bank, # <u>28</u> Exhibit 28 − DESROCHERS 00855, # <u>29</u> Exhibit 29 − DESROCHERS 00773, # <u>30</u> Exhibit 30 − Desrochers_23a−23c, # <u>31</u> Exhibit 31 − 143 − DESROCHERS 01318, # <u>32</u> Exhibit 32 − DESROCHERS 00220, # <u>33</u> Exhibit 33 − DESROCHERS 00291_501, # <u>34</u> Exhibit 34 − DESROCHERS 00382 − APEX, # <u>35</u> Exhibit 35 − DESROCHERS 00348 − Vanguard, # <u>36</u> Exhibit 36 − DESROCHERS 01236, # <u>37</u> Exhibit 37 − TimDesrochers_7, # <u>38</u> Exhibit 38 − Desrochers_9, # <u>39</u> Exhibit 39 − Desrochers_10−17, # <u>40</u> Exhibit 40 − DESROCHERS 01415, # <u>41</u> Exhibit 41 − Tim D Drake Intake (004), # <u>42</u> Exhibit 42 − Tim Desrochers Account Details, # <u>43</u> Exhibit 43 − Timothy Desrochers OTF Payment Histor1, # <u>44</u> Exhibit 44 − 101 − DESROCHERS 00678, # <u>45</u> Exhibit 45 − 053 −DESROCHERS 00510, # <u>46</u> Exhibit 46 − RE List of other BCB Cheyenne LLC Members and their States of Residence_Redacted, # <u>47</u> Exhibit 47 − Desrochers_6) (Larson, Sean) Modified text on 5/13/2024 (Court Staff, sbh). (Entered: 05/10/2024) |
| 05/13/2024 | <u>180</u> | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − MEMORANDUM in Opposition to <u>178</u> MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiff BCB Cheyenne LLC. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F1, # <u>7</u> Exhibit F2, # <u>8</u> Exhibit G1, # <u>9</u> Exhibit G2, # <u>10</u> Exhibit G3, # <u>11</u> Exhibit G4, # <u>12</u> Exhibit H, # <u>13</u> Exhibit I, # <u>14</u> Exhibit J, # <u>15</u> Exhibit K, # <u>16</u> Exhibit L, # <u>17</u> Exhibit M, # <u>18</u> Exhibit N, # <u>19</u> Exhibit O, # <u>20</u> Exhibit P, # <u>21</u> Exhibit Q, # <u>22</u> Exhibit R, # <u>23</u> Exhibit S, # <u>24</u> Exhibit T, # <u>25</u> Exhibit U, # <u>26</u> Exhibit V, # <u>27</u> Exhibit W, # <u>28</u> Exhibit AA, # <u>29</u> Exhibit BB, # <u>30</u> Exhibit CC, # <u>31</u> Exhibit DD, # <u>32</u> Exhibit EE, # <u>33</u> Exhibit FF, # <u>34</u> Exhibit GG, # <u>35</u> Exhibit HH, # <u>36</u> Exhibit II, # <u>37</u> Exhibit JJ, # <u>38</u> Exhibit KK, # <u>39</u> Exhibit LL, # <u>40</u> Exhibit MM, # <u>41</u> Exhibit NN, # <u>42</u> Exhibit OO, # <u>43</u> Exhibit PP, # <u>44</u> Exhibit QQ, # <u>45</u> Exhibit RR, # <u>46</u> Exhibit SS, # <u>47</u> Exhibit TT, # <u>48</u> Exhibit UU, # <u>49</u> Exhibit VV, # <u>50</u> Exhibit WW, # <u>51</u> Exhibit XX, # <u>52</u> Exhibit YY, # <u>53</u> Exhibit ZZ, # <u>54</u> Exhibit AAA, # <u>55</u> Exhibit BBB) (Murphy, Patrick) (Entered: 05/13/2024) |
| 05/15/2024 | <u>181</u> | NOTICE *of Intent to Serve Subpoena Duces Tecum* by Plaintiff BCB Cheyenne LLC (Attachments: # <u>1</u> Subpoena Duces Tecum, # <u>2</u> Exhibit A to Subpoena) (Murphy, Patrick) (Entered: 05/15/2024) |
| 05/15/2024 | <u>182</u> | ~~MOTION REFERRED TO Judge Stephanie A Hambrick~~ Emergency MOTION for Protective Order with Prejudgment Writs of Attachment and Garnishment filed by Plaintiff BCB Cheyenne LLC. (Attachments: # <u>1</u> Exhibit A: Affidavit of Michael Murphy on Emergency Motion, # <u>2</u> Exhibit B: Affidavit of Michael Murphy on Merits, # <u>3</u> Exhibit C: Affidavit of Stephen Randall, # <u>4</u> Exhibit D: Purchase and Sale |

| | | |
|---|---|---|
| | | Agreement, # <u>5</u> Exhibit E: Presidential Order, # <u>6</u> Exhibit F: Bitmain/CleanSpark Sales and Purchase Agreement, # <u>7</u> Proposed Order Granting Protective Order on Plaintiff BCB Cheyenne LLC's Emergency Motion for Writs of Prejudgment Attachment and Garnishment) (Murray, Scott) Modified on 5/16/2024 (Court Staff, ssw). Modified text on 5/23/2024 (Court Staff, sbh). Modified text on 6/3/2024 (Court Staff, sbh). (Entered: 05/15/2024) |
| 05/16/2024 | <u>183</u> | NOTICE of Withdrawal of Appearance by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Perry, Sarah) (Entered: 05/16/2024) |
| 05/16/2024 | | <u>182</u> MOTION for Protective Order REFERRED to Magistrate Judge Mark L. Carman. (Court Staff, sal) (Entered: 05/16/2024) |
| 05/16/2024 | 184 | (TEXT−ONLY) NOTICE of Hearing: BY TELEPHONE − All parties shall appear by telephone through the Courts conference call system. Guests call: 307/735−3644, Access code 557993669#. **Status Conference set for 5/17/2024 10:30 AM in Cheyenne Courtroom No. 3 (Room No. 2104) before the Honorable Alan B Johnson and the Honorable Mark L. Carman.** (Court Staff, sal) (Entered: 05/16/2024) |
| 05/16/2024 | | Motions No Longer Referred: <u>182</u> MOTION for Protective Order (Court Staff, ssw) (Entered: 05/16/2024) |
| 05/17/2024 | <u>185</u> | RESPONSE Notice of Non−Opposition to <u>178</u> Motion to Dismiss/Lack of Jurisdiction, <u>175</u> Motion to Dismiss/Lack of Jurisdiction filed by Defendant Bitmain Technologies Georgia Limited. (Lenhart, Khale) (Entered: 05/17/2024) |
| 05/17/2024 | <u>186</u> | MINUTES for proceedings held before Honorable Alan B Johnson: Status Conference held on 5/17/2024. (Court Reporter Melanie Sonntag.) (Court Staff, sal) (Entered: 05/17/2024) |
| 05/17/2024 | 187 | (TEXT−ONLY) ORDER by the US Magistrate Judge Mark L Carman. Informal discovery hearing was held regarding additional discovery on jurisdiction, specifically the deposition of James Frees, the owner of the residence Mr. Descrocher asserts as his domicile. A Motion to Dismiss is pending before this Court regarding lack of jurisdiction with the critical issue being the residence of Mr. Desrocher. A hearing on the motion is set on May 22, 2024, less that one week from the date of this conference. Defendant MineOne issued a notice of deposition for Jim Frees on April 16, 2024. Since that time, Defendant has been unable to serve the subpoena and relates that it appears that Mr. Frees is avoiding service. The subpoena remains unserved at the time of this conference and Defendant MineOne could not assure service and deposition could be completed prior to the scheduled hearing on May 22, 2024. There were similar problems with gaining service on Mr. Desrocher which required Defendant MineOne to seek the intervention of this Court to obtain his deposition. Significantly, Defendant MineOne filed a timely notice of deposition and sought intervention of this Court to gain service of the subpoena when avoidance was apparent. Defendant MineOne did not seek the deposition of Mr. Frees until the matter was raised by Plaintiff in a discovery conference less than a week prior to the hearing on the Motion to Dismiss. Defendant MineOne's late request for the deposition of Mr. James Frees, and failure to seek intervention of the Court to gain service of the subpoena until this late date and well after the discovery cutoff for jurisdictional discovery, does not justify this court allowing this deposition to proceed. |

|  |  | Further, MineOne has subpoenaed records from Progressive Insurance Company related to jurisdiction. Progressive has not yet provided those documents and Plaintiff failed to produce those documents in response to discovery requests. Defendant MineOne may submit those documents for the Court's consideration if they are received prior to this Court's decision regarding jurisdiction. (Court Staff, sal) Modified text on 5/20/2024 (Court Staff, sbh). (Entered: 05/17/2024) |
|---|---|---|
| 05/17/2024 | 188 | RESPONSE in Opposition re 175 MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiff BCB Cheyenne LLC. (Murray, Scott) (Entered: 05/17/2024) |
| 05/20/2024 | 189 | NOTICE *Procedural Opposition to Setting Emergency Hearing and Expedited Briefing re Motion for a Protective Order* 182 by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Colbath, Paula) (Entered: 05/20/2024) |
| 05/20/2024 | 190 | ORDER by the District Judge Kelly H Rankin denying 158 Motion for Reconsideration re 154 Order on Motion to Compel. Plaintiff's Motion is denied for the reasons stated herein. Notwithstanding the denial, the Court clarifies its prior order on some issues, and issues directives for how the parties shall proceed on discovery of the WeChat Messages. (Court Staff, sjdl) (Entered: 05/20/2024) |
| 05/20/2024 | 191 | REPLY to 189 Notice *Procedural Opposition* filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Murphy, Patrick) Modified text on 5/21/2024 (Court Staff, sbh). (Entered: 05/20/2024) |
| 05/21/2024 | 192 | SUPPLEMENT re 182 Emergency Motion for Protective Order filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Murphy, Patrick) Modified text on 5/21/2024 (Court Staff, stmo). (Entered: 05/21/2024) |
| 05/22/2024 | 193 | MINUTES for proceedings held before Honorable Alan B Johnson: Motion Hearing held on 5/22/2024. 175 and 178 Motions to Dismiss taken under advisement. (Court Reporter Melanie Sonntag.) (Court Staff, szf) (Entered: 05/22/2024) |
| 05/23/2024 | 194 | ORDER re 182 EMERGENCY MOTION for Protective Order by the Honorable Alan B. Johnson. The Court will reserve its ruling until the motion has been properly briefed and upon the conclusion of a hearing. (Court Staff, ssw) Modified text on 5/23/2024 (Court Staff, sbh). (Entered: 05/23/2024) |
| 05/24/2024 | 195 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − MEMORANDUM in Opposition to 182 MOTION for Protective Order filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Affidavit, # 2 Exhibit 1− Hosting & Services Agreement, # 3 Exhibit 2− Presidential Order, # 4 Exhibit 3− Purchase & Sale Agreement, # 5 Exhibit 4− Services Framework Agmt, # 6 Exhibit 5− Disclosure Sched for CleanSpark, # 7 Exhibit 6− MineOne EIM Imbalance Power Agrmt, # 8 Exhibit 7− Antalpha UCC Search, # 9 Exhibit 8− Email) (Larson, Sean) (Entered: 05/24/2024) |
| 05/29/2024 | 196 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − SUPPLEMENT re 178 Motion to Dismiss/Lack of Jurisdiction filed by Counter Claimants/Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit Progressive Insurance Documents) (Larson, Sean) Modified text on 5/30/2024 (Court Staff, stmo). Modified |

| | | links on 5/30/2024 (Court Staff, sbh). (Entered: 05/29/2024) |
|---|---|---|
| 05/31/2024 | 197 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Leave to File Excess Pages regarding Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishment filed by Counter Defendant BCB Cheyenne LLC. (Attachments: # 1 Exhibit Proposed Amended Emergency Motion, # 2 Proposed Order)(Murray, Scott) Modified text on 5/31/2024 (Court Staff, stmo). (Entered: 05/31/2024) |
| 05/31/2024 | 198 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − STATUS REPORT by MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit A − Contract) (Colbath, Paula) (Entered: 05/31/2024) |
| 05/31/2024 | 199 | (TEXT−ONLY) NOTICE of Hearing on 182 MOTION for Protective Order VIA ZOOM − NOTE: 1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely;the Zoom ID and Passcode will be provided separately to the participants email address of record. 2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues. 3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking. ***REMINDER: Recording or broadcasting of this hearing is prohibited. *** Motion Hearing set for 6/7/2024 01:30 PM before Honorable Alan B Johnson. (Court Staff, ssw) (Entered: 05/31/2024) |
| 05/31/2024 | 200 | Amended NOTICE of Intent to Serve Amended Subpoena Duces Tecum by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Exhibit Amended Subpoena Duces Tecum, # 2 Exhibit Amended Exhibit A to Subpoena) (Murphy, Patrick) (Attachment 1 flattened and replaced replaced on 6/3/2024) (Court Staff, stmo). Modified text on 6/3/2024 (Court Staff, stmo). (Entered: 05/31/2024) |
| 05/31/2024 | 201 | NOTICE of Intent to Serve Subpoena Duces Tecum by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Subpoena Duces Tecum, # 2 Exhibit A to Subpoena) (Murphy, Patrick)(Attachment 1 flattened and replaced replaced on 6/3/2024) (Court Staff, stmo). Modified text on 6/3/2024 (Court Staff, stmo). (Entered: 05/31/2024) |
| 06/03/2024 | | 197 MOTION for Leave to File Excess Pages regarding Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishment REFERRED to Magistrate Judge Mark L. Carman. (Court Staff, sal) (Entered: 06/03/2024) |
| 06/03/2024 | 202 | ORDER by the US Magistrate Judge Mark L Carman granting 197 Motion to File Excess Pages. Plaintiff is granted leave to file its 17−page Amended Emergency Motion. (Court Staff, sal) (Entered: 06/03/2024) |
| 06/03/2024 | 203 | |

| | | |
|---|---|---|
| | | ~~MOTION REFERRED TO Judge Stephanie A Hambrick~~ AMENDED Emergency MOTION for Prejudgment Writs of Attachment and Garnishment filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A (Non−Public), # 2 Exhibit B) (Murphy, Patrick) Modified on 6/3/2024 (Court Staff, ssw). Modified text on 6/3/2024 (Court Staff, sbh). (Entered: 06/03/2024) |
| 06/03/2024 | 204 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − EXHIBIT A in reference to 203 Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishment filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A) (Murphy, Patrick) (Entered: 06/03/2024) |
| 06/03/2024 | | Motions No Longer Referred: 203 AMENDED Emergency MOTION for Prejudgment Writs of Attachment and Garnishment (Court Staff, ssw) Modified text on 6/3/2024 (Court Staff, sbh). (Entered: 06/03/2024) |
| 06/04/2024 | 205 | ~~MOTION REFERRED TO Judge Stephanie A Hambrick~~ NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − MOTION to Vacate/Reset Motion Hearing and Set Briefing Deadline re 182 MOTION for Protective Order filed by Counter Claimants/Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Larson, Sean) Modified text on 6/4/2024 (Court Staff, stmo). Motion unreferred on 6/4/2024 (Court Staff, ssw). (Entered: 06/04/2024) |
| 06/04/2024 | | Motions No Longer Referred: 205 MOTION to Vacate/Reset Motion Hearing and Set Briefing Deadline re 182 MOTION for Protective Order (Court Staff, ssw) Modified text on 6/5/2024 (Court Staff, sbh). (Entered: 06/04/2024) |
| 06/05/2024 | 206 | RESPONSE in Opposition re 205 MOTION to Vacate/Reset Motion Hearing and Set Briefing Deadline re 182 MOTION for Protective Order filed by Plaintiff BCB Cheyenne LLC. (Murray, Scott) Modified text on 6/5/2024 (Court Staff, sbh). (Entered: 06/05/2024) |
| 06/05/2024 | 207 | NOTICE *of Intent to Serve Second Amended Subpoena Duces Tecum* by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Exhibit Second Amended Subpoena Duces Tecum, # 2 Exhibit Second Amended Exhibit A to Subpoena Duces Tecum) (Murphy, Patrick) (Attachment 1 flattened and replaced on 6/5/2024) (Court Staff, stmo). Modified text on 6/5/2024 (Court Staff, stmo). (Entered: 06/05/2024) |
| 06/05/2024 | 208 | NOTICE *of Intent to Serve Third Amended Subpoena Duces Tecum* by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Exhibit Third Amended Subpoena Duces Tecum, # 2 Exhibit Third Amended Exhibit A to Subpoena Duces Tecum) (Murphy, Patrick) (Attachment 1 flattened and replaced on 6/5/2024) (Court Staff, stmo). Modified text on 6/5/2024 (Court Staff, stmo). (Entered: 06/05/2024) |
| 06/05/2024 | 209 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − REPLY to 206 Response in Opposition to Motion filed by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Colbath, Paula) (Entered: 06/05/2024) |
| 06/06/2024 | 210 | (TEXT−ONLY) ORDER by the US Magistrate Judge Mark L Carman. On June 6, 2024, the Honorable Mark L. Carman held an informal discovery conference with representatives of each party. The Court explained the purpose of the informal conference process, and asked the parties as to the status of discovery production. |

| | | The Plaintiff was granted leave to file its discovery motion as to any remaining issues. (Court Staff, sjbo) (Entered: 06/06/2024) |
|---|---|---|
| 06/06/2024 | 211 | Notice Vacating Hearing: Motion Hearing set for 6/7/2024 at 1:30 is VACATED. Hearing will be reset by separate order. (Court Staff, ssw) (Entered: 06/06/2024) |
| 06/10/2024 | 212 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION to Withdraw as Attorney *Kaitie Farrell* filed by Defendant Bitmain Technologies Georgia Limited. (Attachments: # 1 Proposed Order)(Lenhart, Khale) (Entered: 06/10/2024) |
| 06/10/2024 | 213 | ORDER by the US Magistrate Judge Mark L. Carman granting 212 Motion to Withdraw as Attorney. Attorney Kaitlyn Farrell terminated. (Court Staff, sbh) (Entered: 06/10/2024) |
| 06/10/2024 | 214 | MOTION REFERRED TO Judge Stephanie A Hambrick. Expedited MOTION to Compel *Discovery from MineOne Defendants* filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E − Non−Public, # 6 Proposed Order, # 7 Proposed Order) (Murphy, Patrick) Modified text on 6/11/2024 (Court Staff, sbh). (Entered: 06/10/2024) |
| 06/10/2024 | 215 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − EXHIBIT E in reference to 214 Expedited Motion to Compel *Discovery from the MineOne Defendants* filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit E) (Murphy, Patrick) Modified text on 6/11/2024 (Court Staff, sbh). (Entered: 06/10/2024) |
| 06/11/2024 | 216 | NOTICE *of Intent to Serve Subpoena Duces Tecum Upon Cheyenne Light, Fuel and Power Co. d/b/a Black Hills Energy* by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Subpoena Duces Tecum, # 2 Exhibit A) (Murphy, Patrick) (Attachment 1 flattened and replaced on 6/12/2024) (Court Staff, stmo). Modified text on 6/12/2024 (Court Staff, stmo). (Entered: 06/11/2024) |
| 06/13/2024 | 217 | ORDER by the Honorable Alan B. Johnson granting 205 Motion to Vacate and Reset Hearing and Set Briefing Deadline. See order for filing deadlines. (Court Staff, sbh) (Entered: 06/13/2024) |
| 06/13/2024 | 218 | (TEXT−ONLY) NOTICE of Hearing on 182 Emergency MOTION for Protective Order with Prejudgment Writs of Attachment and Garnishment VIA ZOOM −

NOTE:

1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record.

2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues.

3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking.

***REMINDER: Recording or broadcasting of this hearing is prohibited***

**Motion Hearing reset for 6/26/2024 at 1:30 PM before Honorable Alan B.** |

| | | |
|---|---|---|
| | | **Johnson.** (Court Staff, sbh) (Entered: 06/13/2024) |
| 06/14/2024 | 219 | (TEXT−ONLY) ORDER requiring responses to 214 Expedited MOTION to Compel *Discovery from MineOne Defendants* filed by BCB Cheyenne LLC by the US Magistrate Judge Mark L Carman. Defendants shall file responses to the Motion to Compel on or before 6/19/24. (Court Staff, sal) (Entered: 06/14/2024) |
| 06/17/2024 | 220 | NOTICE *of Service of Subpoenas* by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Attachments: # 1 Subpoena to Phippen, # 2 Subpoena to Patterson, # 3 Subpoena Randall) (Hartman, Kari) (Entered: 06/17/2024) |
| 06/17/2024 | 221 | MEMORANDUM in Opposition to 203 AMENDED Emergency MOTION for Prejudgment Writs of Attachment and Garnishment filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Larson, Sean) Modified text on 6/24/2024 (Court Staff, sbh). (Entered: 06/17/2024) |
| 06/18/2024 | 230 | MINUTES for proceedings held before US Magistrate Judge Mark L Carman: Informal Discovery Conference held on 6/18/2024. (Court Staff, sal) (Entered: 06/20/2024) |
| 06/19/2024 | 222 | MEMORANDUM in Opposition to 214 Motion to Compel filed by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit 1 − 6.2.24 Conferral Letter, # 2 Exhibit 2 − Plaintiff's Rs and Os) (Colbath, Paula) Modified text on 6/24/2024 (Court Staff, sbh). (Entered: 06/19/2024) |
| 06/19/2024 | 223 | NOTICE *of Intent to Serve Subpoenas to Appear and Testify at a Hearing* by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Subpoena to Appear and Testify − Chong Wang, # 2 Subpoena to Appear and Testify − Huaili Zhang, # 3 Subpoena to Appear and Testify − Jaiming Li, # 4 Subpoena to Appear and Testify − Lianfei Du, # 5 Subpoena to Appear and Testify − Ziyao Shao) (Murphy, Patrick) (Attachments 1−5 flattened and replaced on 6/21/2024) (Court Staff, stmo) Modified text on 6/21/2024 (Court Staff, stmo). (Entered: 06/19/2024) |
| 06/19/2024 | 224 | Exhibit/Witness List *For Evidentiary Hearing* by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Colbath, Paula) (Entered: 06/19/2024) |
| 06/19/2024 | 225 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − Exhibit/Witness List *for 6/26/24 Evidentiary Hearing* by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24) (Murray, Scott) (Entered: 06/19/2024) |
| 06/20/2024 | 226 | NOTICE *of Service of Subpoena* by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Attachments: # 1 Exhibit Subpoena) (Hartman, Kari) (Entered: 06/20/2024) |

| | | |
|---|---|---|
| 06/20/2024 | 227 | RETURN of Subpoena *Neil Phippen* by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc upon Neil Phippen on June 19, 2024. (Hartman, Kari) (Entered: 06/20/2024) |
| 06/20/2024 | 228 | RETURN of Subpoena *Emory Patterson* by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc upon Emory Patterson on June 19, 2024. (Hartman, Kari) (Entered: 06/20/2024) |
| 06/20/2024 | 229 | RETURN of Subpoena *Stephen Randall* by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc upon Stephen Randall on June 19, 2024. (Hartman, Kari) (Entered: 06/20/2024) |
| 06/20/2024 | 231 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − Amended Exhibit/Witness List *for 6/26/2024 Evidentiary Hearing* by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29) (Colbath, Paula) Modified text on 6/24/2024 (Court Staff, sbh). (Entered: 06/20/2024) |
| 06/21/2024 | 232 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Leily Lashkari to appear pro hac vice; Check not tendered; filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Affidavit, # 2 Proposed Order)(Larson, Sean) (Entered: 06/21/2024) |
| 06/21/2024 | 233 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for David Forrest to appear pro hac vice; Check not tendered; filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Affidavit, # 2 Proposed Order)(Larson, Sean) (Entered: 06/21/2024) |
| 06/21/2024 | 234 | (TEXT−ONLY) ORDER by the Honorable Alan B Johnson. Upon request from the parties via email, the following procedures will apply to the Motion Hearing presently scheduled for 6/26/2024 at 1:30 PM before Honorable Alan B. Johnson. Each party may make an opening statement, limited to ten minutes. Each party is allotted no more than one hour and thirty minutes to present witnesses and evidence. Each party shall be allotted no more than twenty minutes to present a closing argument. The evidentiary hearing and oral argument on 203 AMENDED Emergency MOTION for Prejudgment Writs of Attachment and Garnishment filed by Plaintiff BCB Cheyenne LLC shall be completed on June 26, 2024, with a ruling to follow. (Court Staff, ssw) (Entered: 06/21/2024) |
| 06/24/2024 | 235 | ORDER by the US Magistrate Judge Stephanie A. Hambrick granting 232 , 233 MOTIONS for Leily Lashkari and David Forrest to appear pro hac vice on behalf of |

| | | |
|---|---|---|
| | | Defendants/Counter Claimants Terra Crypto Inc, MineOne Wyoming Data Center LLC, MineOne Partners LLC (Order emailed to phv counsel on this date) (Court Staff, sbh) (Entered: 06/24/2024) |
| 06/24/2024 | 236 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Leave to File Excess Pages regarding Reply Brief Supporting its Amended Emergency Motion filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Murray, Scott) (Entered: 06/24/2024) |
| 06/24/2024 | 237 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − Second Amended Exhibit/Witness List by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45) (Colbath, Paula) (Entered: 06/24/2024) |
| 06/24/2024 | 238 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Extension of Time (Non−Dispositive) requesting extension of Time to Designate Expert Witnesses filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Proposed Order)(Hartman, Kari) (Entered: 06/24/2024) |
| 06/24/2024 | 239 | (See 258 Order) NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − Third Amended Exhibit/Witness List by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46) (Colbath, Paula) Modified on 7/1/2024 (Court Staff, sbh). (Entered: 06/24/2024) |
| 06/24/2024 | 240 | ORDER granting 236 Motion to File Leave to File an Over−Length Reply Brief by US Magistrate Judge Mark L. Carman. Plaintiff BCB Cheyenne LLC is hereby granted leave to file its 15−page Reply Brief today in support of its Amended Emergency Motion. (Court Staff, szf) (Entered: 06/24/2024) |
| 06/24/2024 | 241 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Joinder − Non−Dispositive NOTICE of Joinder in 238 *Defendants Mineone Wyoming Data Center LLC, Mineone Partners LLC and Terra Crypto Inc's Request for Extension of Time to Designate Expert Witnesses* filed by Defendant Bitmain Technologies |

| | | |
|---|---|---|
| | | Georgia Limited. (Lenhart, Khale) Modified event and added link on 7/3/2024 (Court Staff, sbh). (Entered: 06/24/2024) |
| 06/24/2024 | 242 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − REPLY BRIEF re 203 AMENDED Emergency MOTION for Prejudgment Writs of Attachment and Garnishment filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit) (Murray, Scott) Modified text on 6/25/2024 (Court Staff, sbh). (Entered: 06/24/2024) |
| 06/25/2024 | 243 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION to Strike the MineOne Defendants' Newly Listed Witness and Seventeen New Exhibits re 239 Third Amended Exhibit/Witness List filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Murphy, Patrick) Modified text on 6/25/2024 (Court Staff, sbh). (Entered: 06/25/2024) |
| 06/25/2024 | 244 | Notice of Pro Hac Vice Attorney Appearance by Leily Lashkari on behalf of MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Lashkari, Leily) (Entered: 06/25/2024) |
| 06/25/2024 | 245 | Notice of Pro Hac Vice Attorney Appearance by David A Forrest on behalf of MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Forrest, David) (Entered: 06/25/2024) |
| 06/25/2024 | 246 | MOTION REFERRED TO Judge Stephanie A Hambrick. NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − MOTION to Strike The Amended Emergency Motion Affidavits of Michael Murphy and Emory Patterson filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Proposed Order)(Larson, Sean) (Entered: 06/25/2024) |
| 06/25/2024 | 247 | OPPOSITION to 243 Motion to Strike filed by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Colbath, Paula) (Entered: 06/25/2024) |
| 06/25/2024 | 248 | REPLY to 247 Opposition filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A) (Murray, Scott) (Entered: 06/25/2024) |
| 06/26/2024 | 249 | RETURN of Subpoena upon SEAN MURPHY on NON−SERVED by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Larson, Sean) (Entered: 06/26/2024) |
| 06/26/2024 | 250 | Amended Minutes filed. See docket entry 256 . MINUTES for proceedings held before Honorable Alan B Johnson: Motion Hearing held on 6/26/2024 re 182 Emergency MOTION for Protective Order with Prejudgment Writs of Attachment and Garnishment and 203 Amended Emergency MOTION for Prejudgment Writs of Attachment and Garnishment (Court Reporter Melaine Sonntag). (Court Staff, stmo) Modified text on 6/28/2024 (Court Staff, stmo). Added links on 6/28/2024 (Court Staff, sbh). (Entered: 06/26/2024) |
| 06/26/2024 | 256 | Amended Minutes filed. See docket entry 264 AMENDED MINUTE SHEET for Motion Hearing held before Judge Alan B. Johnson on 6/26/2024. Document replaced with version reflecting witness testimony times and exhibits. (Court Staff, |

| | | |
|---|---|---|
| | | stmo) Modified link and text on 6/28/2024 (Court Staff, stmo). Modified text on 7/3/2024 (Court Staff, stmo). (Entered: 06/28/2024) |
| 06/26/2024 | 264 | AMENDED MINUTE SHEET for Motion Hearing held before Judge Alan B. Johnson on 6/26/2024. Document replaced to correct listed counsel and exhibit. (Court Staff, stmo) (Additional attachment(s) added on 7/9/2024: # 1 NON−PUBLIC DOCUMENT − Hearing Exhibits) (Court Staff, sbh). (Entered: 07/03/2024) |
| 06/27/2024 | 251 | ORDER by the US Magistrate Judge Mark L. Carman granting 246 Motion to Strike Amended Emergency Motion Affidavits of Michael Murphy and Emory Patterson (Court Staff, sbh) Modified text on 6/28/2024 (Court Staff, sbh). (Entered: 06/27/2024) |
| 06/28/2024 | 252 | (TEXT−ONLY) ORDER Requiring Response BY JULY 2, 2024 to 238 MineOne Defendants' MOTION for Extension of Time to Designate Expert Witnesses by the US Magistrate Judge Mark L. Carman (Court Staff, sbh) (Entered: 06/28/2024) |
| 06/28/2024 | 253 | (TEXT−ONLY) NOTICE of Hearing on 214 Expedited MOTION to Compel *Discovery from MineOne Defendants* VIA ZOOM −<br><br>NOTE:<br><br>1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record.<br><br>2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues.<br><br>3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking.<br><br>***REMINDER: Recording or broadcasting of this hearing is prohibited***<br><br>**Motion Hearing set for 7/11/2024 at 1:30 PM before US Magistrate Judge Mark L. Carman.** (Court Staff, sbh) (Entered: 06/28/2024) |
| 06/28/2024 | 254 | ORDER by the Honorable Alan B. Johnson granting 182 Emergency MOTION for Protective Order with Prejudgment Writs of Attachment and Garnishment, 203 AMENDED Emergency MOTION for Prejudgment Writs of Attachment and Garnishment. The Clerk of Court shall retain such surety bond and funds until further order ofthe Court. (Court Staff, sbh) Modified text on 6/28/2024 (Court Staff, sbh). (Entered: 06/28/2024) |
| 06/28/2024 | 255 | NOTICE *of Deposit of Surety Bond* by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Exhibit A: Surety Bond) (Murray, Scott) (Entered: 06/28/2024) |
| 07/01/2024 | 257 | SURETY BOND RECEIVED in the amount of $100,000 by BCB Cheyenne LLC. (Court Staff, stmo) Modified text on 7/1/2024 (Court Staff, stmo). (Entered: 07/01/2024) |
| 07/01/2024 | 258 | ORDER by the US Magistrate Judge Mark L. Carman granting 243 Motion to Strike MineOne Defendants' Newly Listed Witness and Seventeen New Exhibits re 239 Third Amended Exhibit/Witness List (Court Staff, sbh) (Entered: 07/01/2024) |

| | | |
|---|---|---|
| 07/01/2024 | 259 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing Proceedings − Emergency Motion for Protective Order with Prejudgment Writs of Attachment and Garnishment held on 6/26/2024 before Judge Alan B. Johnson. To purchase a copy of this transcript, please contact Court Reporter Melanie Sonntag, phone (307) 433−2169 or email MelanieSonntagCRR@gmail.com. A party must file a Notice of Intent to Request Redaction within 7 calendar days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made available electronically without redaction. Notice of Intent to Redact due 7/8/2024. Notice of Redaction Request due 7/22/2024. Redacted Transcript Deadline set for 8/1/2024. Release of Transcript Restriction set for 9/30/2024. (Humphrey−Sonntag, Melanie) (Entered: 07/01/2024) |
| 07/02/2024 | 260 | PREJUDGMENT WRIT OF ATTACHMENT issued (Attachments: # 1 Addendum A) (Court Staff, sbh) (Entered: 07/02/2024) |
| 07/02/2024 | 261 | WRIT OF GARNISHMENT issued (Attachments: # 1 Answer Form) (Court Staff, sbh) (Entered: 07/02/2024) |
| 07/02/2024 | 262 | RESPONSE in Opposition re 238 MOTION for Extension of Time (Non−Dispositive) requesting extension of Time to Designate Expert Witnesses filed by Plaintiff BCB Cheyenne LLC. (Murray, Scott) (Entered: 07/02/2024) |
| 07/03/2024 | 263 | ORDER by the US Magistrate Judge Mark L. Carman granting 238 Motion for Extension of Time. Expert Witness Designation−Defendant deadline 7/22/2024. (Court Staff, sbh) (Entered: 07/03/2024) |
| 07/03/2024 | 265 | AFFIDAVIT of Service Upon MineOne Wyoming Data Center LLC re 261 Writ of Garnishment, 260 Prejudgment Writ of Attachment filed by Plaintiff BCB Cheyenne LLC. (Murphy, Patrick) Modified text on 7/3/2024 (Court Staff, sbh). (Entered: 07/03/2024) |
| 07/03/2024 | 266 | AFFIDAVIT of Service Upon Republic Title of Texas re 261 Writ of Garnishment, 260 Prejudgment Writ of Attachment filed by Plaintiff BCB Cheyenne LLC. (Murphy, Patrick) Modified text on 7/3/2024 (Court Staff, sbh). (Entered: 07/03/2024) |
| 07/08/2024 | 267 | ~~MOTION REFERRED TO Judge Stephanie A Hambrick~~ NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − MOTION for Order Pursuant to Wyoming Statute § 1−15−104 re Bond Amount and MOTION for Hearing on Their Objections to the Amount of the Prejudgment Attachment Bond Set in the Court's June 28, 2024 Order filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Exhibit 1 − Presidential Order, # 2 Exhibit 2 − MEC Invoice, # 3 Exhibit 3 − The MineOne Defendants Outstanding Legal Invoices, # 4 Exhibit 4 − Bridge Loan, # 5 Exhibit 5 − Loan Agreements with Five Lenders, # 6 Proposed Order) (Larson, Sean) Modified on 7/8/2024 (Court Staff, ssw). Modified text on 7/8/2024 (Court Staff, stmo). Added MOTION for Hearing and modified text on 7/9/2024 (Court Staff, sbh). (Entered: 07/08/2024) |
| 07/08/2024 | | Motions No Longer Referred: 267 MOTION for Order Pursuant to Wyoming Statute § 1−15−104 re Bond Amount and MOTION for Hearing on Their Objections to the Amount of the Prejudgment Attachment Bond Set in the Court's June 28, 2024 Order (Court Staff, ssw) Modified text on 7/8/2024 (Court Staff, stmo). Modified text on 7/9/2024 (Court Staff, sbh). (Entered: 07/08/2024) |

| 07/09/2024 | 268 | RETURN of Service re 267 Motion upon BCB Cheyenne LLC d/b/a Bison Blockchain on 07/08/2024 by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Larson, Sean) Modified link and text on 7/9/2024 (Court Staff, stmo). Modified text on 7/10/2024 (Court Staff, sbh). (Entered: 07/09/2024) |
|---|---|---|
| 07/10/2024 | 269 | MOTION REFERRED TO Judge Stephanie A Hambrick. NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − MOTION for Sanctions *Against Defendant MineOne Wyoming Data Center LLC* filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (Murray, Scott) Modified text on 7/11/2024 (Court Staff, sbh). (Entered: 07/10/2024) |
| 07/11/2024 | 270 | MINUTES for proceedings held before US Magistrate Judge Mark L. Carman: Motion Hearing held on 7/11/2024 re 214 Motion to Compel Discovery (Court Reporter: Melanie Sonntag) (Court Staff, sbh) (Entered: 07/11/2024) |
| 07/12/2024 | 271 | RETURN of Subpoena upon Andrew Astuno on June 24, 2024 by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Hartman, Kari) (Entered: 07/12/2024) |
| 07/12/2024 | 272 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing Proceedings − Motion to Compel held on 7/11/2024 before Judge Mark L. Carman. To purchase a copy of this transcript, please contact Court Reporter Melanie Sonntag, phone (307) 433−2169 or email MelanieSonntagCRR@gmail.com. A party must file a Notice of Intent to Request Redaction within 7 calendar days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made available electronically without redaction. Notice of Intent to Redact due 7/19/2024. Notice of Redaction Request due 8/2/2024. Redacted Transcript Deadline set for 8/12/2024. Release of Transcript Restriction set for 10/10/2024. (Humphrey−Sonntag, Melanie) (Entered: 07/12/2024) |
| 07/12/2024 | 273 | ~~MOTION REFERRED TO Judge Stephanie A Hambrick~~ Stipulated MOTION to Amend 260 Prejudgment Writ of Attachment, 261 Writ of Garnishment filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Murray, Scott) Modified on 7/15/2024 (Court Staff, ssw). Modified links and text on 7/15/2024 (Court Staff, sbh). (Entered: 07/12/2024) |
| 07/12/2024 | 274 | NOTICE *of Intent to Serve Subpoena Duces Tecum Upon CleanSpark* by Plaintiff BCB Cheyenne LLC (Attachments: # 1 Subpoena Duces Tecum, # 2 Exhibit A to Subpoena Duces Tecum) (Murphy, Patrick) (Attachment 1 flattened and replaced on 7/15/2024) (Court Staff, stmo). Modified text on 7/15/2024 (Court Staff, stmo). (Entered: 07/12/2024) |
| 07/15/2024 | | Motion No Longer Referred: 273 Stipulated MOTION to Amend 260 Prejudgment Writ of Attachment, 261 Writ of Garnishment (Court Staff, ssw) Modified text on 7/15/2024 (Court Staff, sbh). (Entered: 07/15/2024) |
| 07/15/2024 | 275 | ORDER by the Honorable Alan B. Johnson granting 273 MOTION to Amend 260 Prejudgment Writ of Attachment, 261 Writ of Garnishment (Court Staff, sbh) (Entered: 07/15/2024) |

| 07/15/2024 | 276 | Amended PREJUDGMENT WRIT OF ATTACHMENT issued (Court Staff, sbh) (Entered: 07/15/2024) |
| 07/15/2024 | 277 | Amended WRIT OF GARNISHMENT issued (Court Staff, sbh) (Entered: 07/15/2024) |
| 07/17/2024 | 278 | ORDER for Mediation by the US Magistrate Judge Mark L Carman. **IN PERSON Mediation set for 7/29/2024 10:00 AM in Cheyenne Courtroom No. 3 (Room No. 2104) before US Magistrate Judge Mark L Carman. Mediation set for 7/30/2024 09:00 AM in Cheyenne Courtroom No. 3 (Room No. 2104) before US Magistrate Judge Mark L Carman.** (Court Staff, sal) (Entered: 07/17/2024) |
| 07/18/2024 | 279 | (TEXT−ONLY) MINUTE ORDER by the US Magistrate Judge Mark L Carman. The court has received a request for a discovery conference. There is no representation of conferral. In addition, the court does not have availability to conduct the conference on the time frame requested. This may be addressed after conferral during the previously scheduled mediation. (Court Staff, sal) (Entered: 07/18/2024) |
| 07/18/2024 | 280 | ANSWER to 277 Amended Writ of Garnishment by Republic Title of Texas Inc (Court Staff, sbh) (Additional attachment(s) added on 7/22/2024: # 1 Original) (Court Staff, sbh). (Entered: 07/18/2024) |
| 07/22/2024 | 281 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Leave to File Excess Pages regarding Response in Opposition filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Proposed Order)(Murphy, Patrick) (Entered: 07/22/2024) |
| 07/22/2024 | 282 | ORDER by the US Magistrate Judge Mark L Carman granting 281 Motion to File Excess Pages. Plaintiff is granted leave to file its 15 page Response Brief. (Court Staff, sal) (Entered: 07/22/2024) |
| 07/22/2024 | 283 | Designation of Expert Witnesses by Defendant Bitmain Technologies Georgia Limited. (Lenhart, Khale) (Entered: 07/22/2024) |
| 07/22/2024 | 284 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − EXHIBIT in reference to 283 Designation of Experts *Expert Report of Kenyon Hayward* filed by Defendant Bitmain Technologies Georgia Limited. (Lenhart, Khale) (Entered: 07/22/2024) |
| 07/22/2024 | 285 | Designation of Expert Witnesses by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Colbath, Paula) (Entered: 07/22/2024) |
| 07/22/2024 | 286 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − RESPONSE in Opposition re 267 MOTION for Order Pursuant to Wyoming Statute § 1−15−104 re Bond Amount and MOTION for Hearing on Their Objections to the Amount of the Prejudgment Attachment Bond Set in the Court's June 28, 2024 Order filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit A − Michael Murphy Affidavit, # 2 Exhibit A−1, # 3 Exhibit A−2, # 4 Exhibit A−3, # 5 Exhibit B − Andrew Astuno Declaration, # 6 Exhibit C − Houston Aderhold, # 7 Exhibit D − Sean Murphy Affidavit, # 8 Exhibit D−A, # 9 Exhibit D−B, # 10 Exhibit D−C, # 11 Exhibit D−D, # 12 Exhibit D−E, # 13 Exhibit D−F, # 14 Exhibit D−G, # 15 Exhibit D−H, # 16 Exhibit D−I) (Murray, Scott) (Attachment 14 removed blank page 58 and replaced on 7/23/2024) (Court Staff, stmo). Modified text on 7/23/2024 (Court Staff, stmo). Modified text on 7/26/2024 (Court Staff, sbh). |

| | | |
|---|---|---|
| | | (Entered: 07/22/2024) |
| 07/23/2024 | | FINANCIAL ENTRY: $100 Pro Hac Vice Fee Paid (Receipt #2−3373 for the total amount of $200) On Behalf of Leily Lashkari and David Forrest. (Court Staff, stmo) (Entered: 07/23/2024) |
| 07/23/2024 | 287 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Leave to File Excess Pages regarding Response Brief filed by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Attachments: # 1 Proposed Order)(Larson, Sean) (Entered: 07/23/2024) |
| 07/24/2024 | 288 | ORDER by the US Magistrate Judge Mark L Carman granting 287 Motion to File Excess Pages. Defendants may have 15 pages for their Response Brief. (Court Staff, sal) (Entered: 07/24/2024) |
| 07/24/2024 | 289 | NON−PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access − MEMORANDUM in Opposition to 269 MOTION for Sanctions *Against Defendant MineOne Wyoming Data Center LLC* filed by Defendant MineOne Wyoming Data Center LLC. (Attachments: # 1 Exhibit 1 − Detention of Property Receipt, # 2 Exhibit 2 − 7/11/2024 P. Colbath Response Letter, # 3 Exhibit 3 − 7/01/2024 P. Murphy Response Letter, # 4 Exhibit 4 − Plaintiff's Amended and Second Supplemental Corporate Disclosure Statement, # 5 Exhibit 5 − 1/19/2023 Iris Email to M. Murphy, # 6 Exhibit 6 − BitOrigin 6−K, # 7 Exhibit 7 − 7/11/2024 P. Colbath Email, # 8 Exhibit 8 − 2/07/2024 P. Colbath Correspondence, # 9 Exhibit 9 − 7/18/2024 MineOne Defendants' Request for Informal Discovery Conference, # 10 Declaration of Stephen H. Cohen, # 11 Exhibit 1 − Statement of Dr. Jiaming Li, # 12 Declaration of Collin M. Bentley, # 13 Exhibit A − Bentley CV) (Colbath, Paula) (Entered: 07/24/2024) |
| 07/24/2024 | 290 | MOTION REFERRED TO Judge Stephanie A Hambrick. REQUEST for Hearing re 269 Motion for Sanctions filed by Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc. (Larson, Sean) Modified text on 7/25/2024 (Court Staff, stmo). Modified link and text on 7/26/2024 (Court Staff, stmo). (Entered: 07/24/2024) |
| 07/25/2024 | 291 | SECOND ORDER for Mediation by the US Magistrate Judge Mark L Carman. IN−PERSON Mediation RESET from 7/29/24−7/30/24 to 8/6/24−8/8/24. See Order for details. (Court Staff, sal) (Entered: 07/25/2024) |
| 07/26/2024 | 292 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION to Amend/Correct 276 Amended Prejudgment Writ of Attachment, 277 Amended Writ of Garnishment filed by Plaintiff BCB Cheyenne LLC. (Attachments: # 1 Exhibit Second Amended Writ of Attachment, # 2 Exhibit Second Amended Writ of Garnishment, # 3 Proposed Order) (Murray, Scott) Modified text on 7/26/2024 (Court Staff, sbh). (Entered: 07/26/2024) |
| 07/26/2024 | 293 | ORDER by the Honorable Alan B. Johnson granting 292 MOTION to Amend/Correct 276 Amended Prejudgment Writ of Attachment, 277 Amended Writ of Garnishment (Court Staff, sbh) (Entered: 07/26/2024) |
| 07/26/2024 | 294 | Second Amended PREJUDGMENT WRIT OF ATTACHMENT issued (Court Staff, sbh) (Entered: 07/26/2024) |
| 07/26/2024 | 295 | |

| | | |
|---|---|---|
| | | Second Amended WRIT OF GARNISHMENT issued (Court Staff, sbh) (Entered: 07/26/2024) |
| 07/26/2024 | 296 | NOTICE *of Rule 68 Offer of Judgment* by Counter Claimants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc, Defendants MineOne Partners LLC, MineOne Wyoming Data Center LLC, Terra Crypto Inc (Larson, Sean) (Entered: 07/26/2024) |
| 07/26/2024 | 297 | NOTICE OF APPEAL as to 254 Order on Motions: Emergency MOTION for Protective Order with Prejudgment Writs of Attachment and Garnishment, AMENDED Emergency MOTION for Prejudgment Writs of Attachment and Garnishment filed by Defendant MineOne Wyoming Data Center LLC, Counter Claimant MineOne Wyoming Data Center LLC. (Larson, Sean) Modified text on 7/26/2024 (Court Staff, sbh). (Entered: 07/26/2024) |



**FILED**

*12:28 pm, 6/28/24*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a/ BISON
BLOCKCHAIN, a Wyoming limited
liability company,

            Plaintiff,

      v.

MINEONE WYOMING DATA
CENTER, LLC, a Delaware limited
liability company; MINEONE
PARTNERS LLC, a Delaware limited
liability company; TERRA CRYPTO
INC., a Delaware corporation; BIT
ORIGIN, LTD, a Cayman Islands
company; SONICHASH LLC, a Delaware
limited liability company; BITMAIN
TECHNOLOGIES GEORGIA LIMITED,
a Georgia corporation; and JOHN DOES
1-18, related persons and companies who
control or direct some or all of the named
Defendants,

            Defendants.

Case No.  23-CV-79-ABJ

---

### ORDER GRANTING REQUEST FOR ISSUANCE OF PREJUDGMENT
### WRITS OF ATTACHMENT AND GARNISHMENT

---

Upon consideration of Plaintiff's motion for a prejudgment writ of attachment and

garnishment (ECF No. 182; ECF No. 203), the affidavit of Michael Murphy attached

(ECF No. 182-1), as well as plaintiff's complaint on file in this action, the court being

fully advised in the matter and good cause appearing; now, therefore, the court makes the

following findings in conformity with the court's ruling at the evidentiary hearing held on June 27, 2024:

1. Under Federal Rule of Civil Procedure 64, "[a]t the commencement of and throughout an action, every remedy is available that, under the law of the state where the court is located, provides for seizing a person or property to secure satisfaction of the potential judgment." Fed. R. Civ. P. 64(a). These remedies include "attachment," "garnishment," and "other corresponding or equivalent remedies." Fed. R. Civ. P. 64(b).

2. Pursuant to Wyoming law, a plaintiff "may have the property of the defendant ... attached as security for the satisfaction of any judgment that may be recovered." Wyo. Stat. Ann. § 1-15-201(a). Before a prejudgment writ of attachment may issue, the plaintiff must file an affidavit stating:

> (i) That the defendant is indebted to the plaintiff, specifying the amount of the indebtedness ... and the nature of the indebtedness;

> (ii) That the attachment is not sought to hinder, delay or defraud any creditor of the defendant;

> (iii) That the payment of the indebtedness has not been secured by a mortgage or lien upon real or personal property in this state, or, if originally so secured, that the security has, without any act of the plaintiff ... become impaired; and

> (iv) Any one (1) or more of the following grounds for attachment:

>> (A) That the defendant is not a resident of this state;

>> (B) That the defendant is a foreign corporation, not qualified to do business in this state;

2

(C) That the defendant stands in defiance of an officer, or conceals himself so that process cannot be served upon him;

(D) That the defendant has assigned, removed, disposed of or concealed, or is about to assign, remove, dispose of or conceal, any of his property with intent to defraud his creditors;

(E) That the defendant has departed or is about to depart from the state to the injury of his creditors;

(F) That the defendant fraudulently or criminally contracted the debt or incurred the obligation respecting which the action is brought. *Id.* at (b)(i)-(iv).

3. Plaintiff bears the burden of establishing facts sufficient to justify the issuance of a writ, Wyo. Stat. Ann. § 1-15-103(a)(v), and Plaintiff has satisfied this burden.

4. The facts and reasons supporting this request for prejudgment writ of attachment and garnishment are plaintiff's allegations, supporting affidavits, and presentation at the evidentiary hearing held on June 27, 2024 demonstrating that Plaintiff has a right to attach property of Defendant MineOne Wyoming Data Center, LCC, in the amount of $15,529,165.00, as purchase monies exchanged between CleanSpark, Inc. and Defendant MineOne Wyoming Data Center, LLC for the sale of properties in Laramie County, Wyoming.

5. Having reviewed the complaint of plaintiff and the documents on file in this action, it appears that plaintiff has a meritorious claim for relief. However, the Court notes that its findings are preliminary, based only on the record now before it, and should not be considered a final determination as to the validity of any

party's claims in this action, nor the anticipated or predetermined compensatory damages attributable to Plaintiff.

6. The amount for which the attachment and garnishment will issue in this action is for the principal sum of $15,529,165.00.

7. Prior to attachment, plaintiff shall furnish a surety bond, pursuant to Wyo. Stat. Ann. § 1-15-104(a), in the sum of $100,000.00. Such bond shall be filed with the Clerk of Court before the writs specified in this order will issue.

## CONCLUSION

Accordingly, **IT IS HEREBY ORDERED**, that:

1. Prior to attachment, Plaintiff shall file a $100,000.00 surety bond pursuant to Wyo. Stat. Ann. § 1-15-104(a) with the Clerk of Court, as security for the payment of costs and damages which may be incurred or suffered by any party as a result of the wrongful issuance of the writ. Such bond shall be furnished before the writ specified in this order will issue.

2. Upon the filing of a surety bond in the amount of $100,000.00, Plaintiff shall file a notice of deposit in this case, and the Clerk of Court shall issue a writ of attachment forthwith in the amount of $15,529,165.00 against the Defendant.

3. The amount for which the attachment and garnishment will issue in this action is for the principal sum of $15,529,165.00. Pursuant to Fed. R. Civ. P. 67(a) and U.S.D.C.L.R. 67.l(a), the Court directs the Clerk of Court to deposit the aforementioned principal sum within the Court Registry Investment System ("CRIS"), an interest-bearing cash management tool administered by the

4

Administrative Office of the United States Courts, pursuant to 28 U.S.C. § 2045(b). An account, entitled *BCB Cheyenne LLC v. Mine One Wyoming Data Center LLC et al*, No. 1:23-cv-00079-ABJ, will be established in the CRIS Liquidity Fund, amounting to $15,529,165.00. The Clerk of Court shall deduct from any income "earned on the investment a fee not to exceed that authorized by 28 U.S.C. § 1914(b) and any regulations promulgated thereunder by the Judicial Conference of the United States." U.S.D.C.L.R. 67.l(b).

4. The Clerk of Court shall retain such surety bond and funds until further order of the Court. Only by order of this Court shall the Clerk of Court withdraw or disperse any bond or funds.

**IT IS SO ORDERED.**

Dated this _28_ᵗʰ day of June, 2024.

Alan B. Johnson
United States District Judge

Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLC
345 Park Avenue
New York, NY  10154
212-407-4905
212-407-4990 (Fax)

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC
MINEONE PARTNERS LLC, TERRA CRYPTO, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

|  |  |  |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 23CV-79-ABJ |
| v. | ) ) ) | |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that Defendant MineOne Wyoming Data Center, LLC hereby appeals to the United States Court of Appeals for the Tenth Circuit from the *Order Granting Request for Issuance of Prejudgment Writs of Attachment and Garnishment* [ECF Doc. 254] dated and filed on June 28, 2024. This Order is appealable as the order is an interlocutory order of serious, irreparable consequence and can only be effectively challenged by an immediate appeal. *Ditucci v. Bowser*, 985 F.3d 804, 809 (10th Cir. 2021); 28 USC §1292(a)(1).

DATED this 26th day of July, 2024.

/s/ Sean Larson
Sean Larson Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (*Admitted Pro Hac Vice*)
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4905
Fax: 212-407-4990

ATTORNEYS FOR DEFENDANTS MINEONE WYOMING DATA CENTER LLC, A DELAWARE LIMITED LIABILITY COMPANY; MINEONE PARTNERS LLC, A DELAWARE LIMITED LIABILITY COMPANY; TERRA CRYPTO INC., A DELAWARE CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 26th day of July, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

Patrick J. Murphy
Scott C. Murray
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott., Suite 400
P.O. Box 10700 (82602)
Casper, WY 82601
*Attorneys for Plaintiff*

[✓] CM/ECF
[  ] Fax:
[  ] E-mail:
pmurphy@wpdn.net
smurray@wpdn.net

Khale J. Lenhart
Tyson R. Woodford
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083

[✓] CM/ECF
[  ] Fax:
[  ] E-mail:
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

Marc Feinstein, *pro hac vice*
William K. Pao, *pro hac vice*
David Iden, *pro hac vice*
Kaitlyn Farrell, *pro hac vice*
Daniel Hirsch, *pro hac vice*
Sherin Parikh, *pro hac vice*
O'Melveny & Myers, LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
*Attorneys for Bitmain Technologies Georgia Limited*

[✓] CM/ECF
[  ] Fax:
[  ] E-mail:
mfeinstein@omm.com
wpao@omm.com
dhirsch@omm.com
diden@omm.com
kfarrell@omm.com
sparikh@omm.com

Meggan J. Hathaway
Jane M. France
Sundahl, Powers, Kapp & Martin, L.L.C.
500 W. 18th Street, Suite 200
Cheyenne, WY 82003-0328

[✓] CM/ECF
[  ] Fax:
[  ] E-mail:
mhathaway@spkm.org
jfrance@spkm.org

Marc S. Gottlieb
Ortoli Rosenstadt, LLP
366 Madison Avenue, 3rd Floor
New York, NY 10017
*Attorneys for Bit Origin and SonicHash*

[✓] CM/ECF
[  ] Fax:
[  ] E-mail:
msg@orllp.legal

*/s/ Candice Hough*
Hathaway & Kunz, LLP