UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 26, 2024

Paula Colbath
David A. Forrest
Alex Inman
Leily Lashkari
Loeb & Loeb
345 Park Avenue, Suite 1800
New York, NY 10154

Kari Hartman
Sean M. Larson
Hathaway & Kunz
2515 Warren Avenue, Suite 500
P.O. Box 1208
Cheyenne, WY 82003

**RE:** **24-8048, BCB Cheyenne v. MineOne Wyoming Data Center, et al**
Dist/Ag docket: 1:23-CV-00079-ABJ

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Marc Feinstein
        Jane M. France
        Marc S Gottlieb I
        Meggan Hathaway
        Daniel Hirsch
        David Iden
        Khale J. Lenhart
        Patrick J. Murphy
        Scott C. Murray
        William Pao
        Sherin Parikh
        Tyson Richard Woodford


CMW/sds